B1 (Official Form 1)(04/13)

| United States Bankruptcy Court NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION (CHICAGO) | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle): **GREMO JR, EDWARD J** | Name of Joint Debtor (Spouse) (Last, First, Middle): **SUSAN M GREMO** |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): **aka Edward J Gremo; aka Ed J Gremo, Jr; aka Ed Gremo; aka EDWARD JOSEPH GREMO, JR** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): **aka Sue Gremo; aka Susan Gremo; aka SUSAN MARIE GREMO** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **xxx-xx-5131**   ~~xxx-xx-6455~~ | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **xxx-xx-6455** |
| Street Address of Debtor (No. and Street, City, and State): **2724 PLANTE ROAD NORTH AURORA, IL**       ZIP CODE **60542** | Street Address of Joint Debtor (No. and Street, City, and State): **2724 PLANTE ROAD NORTH AURORA, IL**       ZIP CODE **60542** |
| County of Residence or of the Principal Place of Business: **KANE** | County of Residence or of the Principal Place of Business: **KANE** |
| Mailing Address of Debtor (if different from street address): **2724 PLANTE ROAD NORTH AURORA, IL**       ZIP CODE **60542** | Mailing Address of Joint Debtor (if different from street address):       ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):       ZIP CODE | |

### Type of Debtor
(Form of Organization)
(Check one box.)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box.)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Chapter 15 Debtors
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

### Tax-Exempt Entity
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code.)

### Nature of Debts
(Check one box.)

- [x] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [ ] Debts are primarily business debts.

### Filing Fee (Check one box.)

- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Check one box:**
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2013 (Build 9.5.0.2, ID 3276490048)*

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):   EDWARD J GREMO, JR<br>SUSAN M GREMO |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed:<br>**NORTHERN DISTRICT ILLINOIS EASTERN DIVISION** | Case Number:<br>**12-05502** | Date Filed:<br>**2/15/2012** |
| Location Where Filed:<br>**NORTHERN DISTRICT ILLINOIS EASTERN DIVISION** | Case Number:<br>**10-56953** | Date Filed:<br>**12/28/2010** |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐   Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>                                                             Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

☑   No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑   Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☑   Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): EDWARD J GREMO, JR SUSAN M GREMO |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _Edward J Gremo_
EDWARD J GREMO, JR

X _Susan M Gremo_
SUSAN M GREMO

Telephone Number (If not represented by attorney)

_10/15/2013_
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

**Signature of Attorney***

X _Debtor not represented by attorney_

Bar No. _____

Phone No. _____ Fax No. _____

Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

**Edward J. Gremo**
Printed Name and title, if any, of Bankruptcy Petition Preparer

**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**
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

15028 Cicero Avenue
Suite C
Oak Forest, IL 60452

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

Address

X _Edward J Gremo_
_10/15/2013_
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

B 1D (Official Form 1, Exhibit D) (12/09)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)

In re:   EDWARD J GREMO, JR                     Case No. _____
         SUSAN M GREMO
                                                              (if known)

         Debtor(s)

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below.  If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file.  If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you.  If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D.  If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days  **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me.   *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days  **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me.   *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.   *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days.  Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

In re:  **EDWARD J GREMO, JR**                              Case No. _____
        **SUSAN M GREMO**                                                (if known)

        Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

*Continuation Sheet No. 1*

☐ 4. I am not required to receive a credit counseling briefing because of:  *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

  ☐ Incapacity.  (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilites.);

  ☐ Disability.  (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

  ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: _____
                     EDWARD J GREMO, JR

Date: 10/15/2013

B 1D (Official Form 1, Exhibit D) (12/09)

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION (CHICAGO)

In re:  **EDWARD J GREMO, JR**
        **SUSAN M GREMO** .

Case No. _____
                                     (if known)

        Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

In re:  EDWARD J GREMO, JR                                      Case No. _____
        SUSAN M GREMO                                                              (if known)

        Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

*Continuation Sheet No. 1*

☐  4. I am not required to receive a credit counseling briefing because of:    *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐  Incapacity.  (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilites.);

☐  Disability.  (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐  Active military duty in a military combat zone.

☐  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  _Susan M Gremo_____
                      SUSAN M GREMO

Date: _10/15/2013____

B6 Summary (Official Form 6 - Summary) (12/07)

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)**

In re  EDWARD J GREMO, JR                                Case No.
       SUSAN M GREMO

                                                         Chapter      7


## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $385,000.00 | | |
| B - Personal Property | Yes | 4 | $3,620,125.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $30,000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 13 | | $907,319.52 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $2,046.46 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $1,853.00 |
| TOTAL | | 25 | $4,005,125.00 | $937,319.52 | |

Form 6 - Statistical Summary (12/07)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

In re  **EDWARD J GREMO, JR**
**SUSAN M GREMO**

Case No.

Chapter    **7**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $0.00 |
| Student Loan Obligations (from Schedule F) | $0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $0.00 |
| **TOTAL** | $0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $2,046.46 |
| Average Expenses (from Schedule J, Line 18) | $1,853.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $2,022.08 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $0.00 |
| 4. Total from Schedule F | | $907,319.52 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $907,319.52 |

B6A (Official Form 6A) (12/07)

In re  **EDWARD J GREMO, JR**                                     Case No. _____
      **SUSAN M GREMO**                                                    (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| SINGLE FAMILY HOME | FEE SIMPLE | J | $385,000.00 | $30,000.00 |
| | | Total: | $385,000.00 | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re   **EDWARD J GREMO, JR**              Case No. _____
         **SUSAN M GREMO**                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | CASH | J | $100.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | PNC BANK CHECKING ACCOUNTS | J | $250.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | 5 COMPUTERS, CAMERA, FURNITURE, PRINTERS, DVD PLAYER, 2 TVS, POTS, PANS, DISHES, 3 BEDS, 4 DRESSERS, TABLE & CHAIRS, FIRE ARMS, PRINTERS, JEWERY, OFFICE EQUIPMENT, DESKS, FILE CABINETS, COINS, STAMPS, ART. WASHER, DRYER, STOVE, REFRIGERATOR. | J | $5,000.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | BOOKS, PAINTINGS, COINS, COMPACT DISC | J | $750.00 |
| 6. Wearing apparel. | | CLOTHES, JACKETS, | J | $500.00 |
| 7. Furs and jewelry. | | JEWERLY | J | $3,500.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | SMITH & WESTEN M&P 9MM 22 RIFLE | H | $725.00 |

B6B (Official Form 6B) (12/07) – Cont.

In re  **EDWARD J GREMO, JR**          Case No. _____
     **SUSAN M GREMO**                              (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | TERM LIFE INSURANCE | J | $360,000.00 |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **EDWARD J GREMO, JR**                                    Case No. _____
       **SUSAN M GREMO**                                                        (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | | JUDGEMENT ING BANK FSB<br>JUDGEMENT HARRIS BANK NA<br>LAWSUIT AGAINST ROBERT L STONE(UNKNOWN AMOUNT)<br>LAWSUIT FOR AUTO ACCIDENT (UNKNOWN AMOUNT) | J | $3,240,000.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **EDWARD J GREMO, JR**                                        Case No. _____
      **SUSAN M GREMO**                                                              (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2001 S430 MERCEDES BENZ<br>2003 TOYOTA AVALON<br>1995 CHEVY BLAZER | J | $9,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | OFFICE EQUIPMENT, FILE CABINETS, DESK, CHAIRS | J | $300.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

_____3_____ continuation sheets attached    Total >    $3,620,125.00

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

B6C (Official Form 6C) (4/13)

In re  **EDWARD J GREMO, JR**                                     Case No. _____
        **SUSAN M GREMO**                                                        (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:        ☐  Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                           $155,675.*

☐  11 U.S.C. § 522(b)(2)
☑  11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| SINGLE FAMILY HOME, *residential property* | 735 ILCS 5/12-901 & 902 *265-415/1* *735 ILCS 5/12-906, 735-5/8-12.08* | $30,000.00 | $385,000.00 |
| CASH | 735 ILCS 5/12-1001(b) *Homestead property* | $100.00 | $100.00 |
| PNC BANK CHECKING ACCOUNTS | 735 ILCS 5/12-1001(b) | $250.00 | $250.00 |
| 5 COMPUTERS, CAMERA, FURNITURE, PRINTERS, DVD PLAYER, 2 TVS, POTS, PANS, DISHES, 3 BEDS, 4 DRESSERS, TABLE & CHAIRS, FIRE ARMS, PRINTERS, JEWERY, OFFICE EQUIPMENT, DESKS, FILE CABINETS, COINS, STAMPS, ART. WASHER, DRYER, STOVE, REFRIGERATOR. | 735 ILCS 5/12-1001(b), *(A)* | $25,000.00 | $5,000.00 |
| BOOKS, PAINTINGS, COINS, COMPACT DISC | 735 ILCS 5/12-1001(d) | $750.00 | $750.00 |
| CLOTHES, JACKETS, | 735 ILCS 5/12-1001(b) | $0.00 | $500.00 |
| JEWERLY | 735 ILCS 5/12-1001(b) | $3,500.00 | $3,500.00 |
| SMITH & WESTEN M&P 9MM 22 RIFLE | 735 ILCS 5/12-1001(b) | $750.00 | $725.00 |
| 2001 S430 MERCEDES BENZ 2003 TOYOTA AVALON 1995 CHEVY BLAZER | 735 ILCS 5/12-1001(c) | $9,000.00 | $9,000.00 |
| OFFICE EQUIPMENT, FILE CABINETS, DESK, CHAIRS | 735 ILCS 5/12-1001(d) | $300.00 | $300.00 |
| * Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment. | | $69,650.00 | $405,125.00 |

B6D (Official Form 6D) (12/07)

In re  **EDWARD J GREMO, JR**                             Case No. _____
        **SUSAN M GREMO**                                                    (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: xxxxxx5012<br><br>**KANE COUNTY TREASURER**<br>**PROPERTY TAXES**<br>**PO BOX 4025**<br>**GENEVA, IL 60134** | | W | DATE INCURRED: **09/2011**<br>NATURE OF LIEN:<br>**PROPERTY TAXES**<br>COLLATERAL:<br>**SINGLE FAMILY HOME**<br>REMARKS:<br><br>VALUE:                   $385,000.00 | | | | Unknown | Unknown |
| ACCT #: xxxxx9005<br><br>**UNKNOWN LENDER**<br>**UNKNOWN ADDRESS** | | J | DATE INCURRED: **10/2006**<br>NATURE OF LIEN:<br>**Fee Simple**<br>COLLATERAL:<br>**SINGLE FAMILY HOME**<br>REMARKS:<br><br>VALUE:                   $385,000.00 | | | X | $30,000.00 | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | Subtotal (Total of this Page) > | | | $30,000.00 | $0.00 |
| | | | | Total (Use only on last page) > | | | $30,000.00 | $0.00 |

_____**No**_____continuation sheets attached

(Report also on Summary of Schedules.)      (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (04/13)

In re   **EDWARD J GREMO, JR**                  Case No. _____
        **SUSAN M GREMO**

                                                                   (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**     (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

*Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____**No**_____ continuation sheets attached

B6F (Official Form 6F) (12/07)

In re   **EDWARD J GREMO, JR**          Case No. _____
        **SUSAN M GREMO**                           (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxx-xxxx-xxxx-2483<br>**ACADEMY COLLECTION SERVICES INC**<br>**10965 DECATUR ROAD**<br>**PHILADEIPHIA, PA 19154** | | W | DATE INCURRED:  **02/2010**<br>CONSIDERATION:<br>**Collecting for -**<br>REMARKS: | | | X | $3,239.00 |
| ACCT #:  xxxxx7889<br>**Advocate Lutheran General Hospital**<br>**1775 W Dempster**<br>**Park Ridge, IL 60068** | | W | DATE INCURRED:  **12/2009**<br>CONSIDERATION:<br>**MEDICAL**<br>REMARKS: | | | | $488.00 |
| ACCT #:  xxxx4497<br>**ALLIANCE ONE RECEIVABLES MANAGEMEN**<br>**PO BOX 3100**<br>**SOUTHEASTERN, PA 19398** | | W | DATE INCURRED:  **02/2010**<br>CONSIDERATION:<br>**Collecting for -**<br>REMARKS: | | | X | $13,877.00 |
| ACCT #:  xxxxxxxxxxxx4345<br>**ALLIED INTERSTATE LLC**<br>**GE CAPITAL RETAIL BANK**<br>**PO BOX 960061**<br>**ORLANDO, FL 32896-0061** | | W | DATE INCURRED:  **08/2010**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | X | $2,147.00 |
| ACCT #:  xxxxx1001<br>**American Express**<br>**PO Box 981537**<br>**El Paso, TX 79998-1537** | | W | DATE INCURRED:  **11/2008**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | X | $6,958.00 |
| ACCT #:  xxxx6255<br>**ARM Accounts Receivable Management, Inc**<br>**PO Box 129**<br>**Thorofare, NJ 08086-0129** | | W | DATE INCURRED:  **07/2013**<br>CONSIDERATION:<br>**Collecting for -NORDSTROM FSB**<br>REMARKS: | | | X | $2,866.00 |

|  | Subtotal > | $29,575.00 |
|---|---|---|
| | Total > | |
| | (Use only on last page of the completed Schedule F.) | |

___12___  continuation sheets attached

(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re    EDWARD J GREMO, JR                     Case No. _____
         SUSAN M GREMO                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxxxxxxx7XXX<br>**BARCLAYS BANK DELAWARE**<br>**125 S WEST STREET**<br>**WILMINGTON DE 19801** | | W | DATE INCURRED:  **09/2007**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | X | $9,558.00 |
| ACCT #:  xxxx0150<br>**Cach LLC**<br>**370 17th Street, Suite 5000**<br>**Denver CO 80202.3050** | | | DATE INCURRED:  **05/2010**<br>CONSIDERATION:<br>**Collecting for -**<br>REMARKS: | | | X | $2,073.00 |
| ACCT #:  xxxx-xxxx-xxxx-1719<br>**Capital Management Services, LP**<br>**726 Exchange Street, suite 700**<br>**Buffalo, NY 14210** | | W | DATE INCURRED:  **03/2010**<br>CONSIDERATION:<br>**Collecting for -**<br>REMARKS: | | | X | $7,898.00 |
| ACCT #:  xxxxx6434<br>**Capital Management Services, LP**<br>**698 1/2 South Ogden St**<br>**Buffalo, NY 14206.2317** | | W | DATE INCURRED:  **05/2013**<br>CONSIDERATION:<br>**Collecting for -DISCOVER BANK**<br>REMARKS: | | | | $14,127.00 |
| ACCT #:  xxxxx9005<br>**CAPITAL ONE**<br>**PO BOX 21887**<br>**EAGAN, MN 55121-0887** | | W | DATE INCURRED:  **10/2006**<br>CONSIDERATION:<br>**Collecting for - UNKNOWN LENDER**<br>REMARKS: | | | X | $376,000.00 |
| ACCT #:  xxxx-xxxx-xxxx-1714<br>**Capital One Bank (USA), N.A.**<br>**PO Box 6492**<br>**Carol Stream IL 60197-6492** | | H | DATE INCURRED:  **10/2011**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | X | $2,000.00 |

Sheet no. ___1___ of ___12___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >     $411,656.00

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **EDWARD J GREMO, JR**          Case No. _____
        **SUSAN M GREMO**                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:   xxxx-xxxx-xxxx-4469<br>**Capital One Bank (USA), N.A.**<br>**PO Box 6492**<br>**Carol Stream IL 60197-6492** | | H | DATE INCURRED:   **10/2011**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | X | $2,000.00 |
| ACCT #:   xxxx-xxxx-xxxx-7943<br>**Capital One Bank (USA), N.A.**<br>**PO Box 6492**<br>**Carol Stream IL 60197-6492** | | H | DATE INCURRED:   **10/2011**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | X | $4,000.00 |
| ACCT #:   xxxx-xxxx-xxxx-0834<br>**Capital One Bank (USA), N.A.**<br>**PO Box 6492**<br>**Carol Stream IL 60197-6492** | | H | DATE INCURRED:   **10/2011**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | X | $4,500.00 |
| ACCT #:   xxxx-xxxx-xxxx-4259<br>**Capital One Bank (USA), N.A.**<br>**PO Box 6492**<br>**Carol Stream IL 60197-6492** | | W | DATE INCURRED:   **04/2010**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | X | Unknown |
| ACCT #:   xxxxxxxxxxxx4345<br>**CARECREDIT/GECRB**<br>**PO BOX 960061**<br>**ORLANDO, FL 32896-0061** | | H | DATE INCURRED:   **08/2010**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | X | $2,147.00 |
| ACCT #:   xxxxxxxxxxxxXXXX<br>**CHASE CARD SERVICES**<br>**PO BOX 15298**<br>**WILMINGTON DE 19850** | | W | DATE INCURRED:   **11/2008**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $4,034.00 |

Sheet no. ___2___ of ___12___ continuation sheets attached to          Subtotal >          $16,681.00
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    EDWARD J GREMO, JR
SUSAN M GREMO

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xx-xxxxxxx xxxxxMENT<br>**CHASE CARD SERVICES**<br>**PO BOX 15298**<br>**WILMINGTON DE 19850** | | W | DATE INCURRED: **05/2010**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | X | $26,450.00 |
| ACCT #:  xxxx-xxxx-xxxx-6102<br>**CHASE CARD SERVICES**<br>**PO BOX 15298**<br>**WILMINGTON DE 19850** | | W | DATE INCURRED: **11/2008**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | X | $13,940.00 |
| ACCT #:  xxxx-xxxx-xxxx-8287<br>**CHASE CARD SERVICES**<br>**PO BOX 15298**<br>**WILMINGTON DE 19850** | | W | DATE INCURRED: **04/2007**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | X | $9,384.00 |
| ACCT #:  xxxx-xxxx-xxxx-3414<br>**CHASE CARD SERVICES**<br>**PO BOX 15298**<br>**WILMINGTON DE 19850** | | W | DATE INCURRED: **05/1994**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | X | $2,421.00 |
| ACCT #:  xxxxxxxxxxx1282<br>**CHILDRNS PL/CBSD**<br>**PO BOX 6497**<br>**SIOUX FALLS SD 57117** | | W | DATE INCURRED: **06/2007**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | X | $751.00 |
| ACCT #:  xxxxxxxxxxxxxXXXX<br>**CITI BANK SD NA**<br>**PO BOX 6241**<br>**SIOUX FALLS, SD 57117** | | W | DATE INCURRED: **04/2006**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | X | $26,022.00 |

Sheet no. ___3___ of ___12___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  $78,968.00

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re    **EDWARD J GREMO, JR**          Case No. _____
         **SUSAN M GREMO**                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:   xxxxxxxxxxx5632<br>**Citi financial retails**<br>PO Box 22066<br>Tempe, AZ 85285 | | W | DATE INCURRED:  **08/2010**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | X | **Unknown** |
| ACCT #:   xxxxx1874<br>**Client Services, Inc.**<br>3451 Harry Truman Blvd<br>St Charles, MO 63301-4047 | | W | DATE INCURRED:  **12/2009**<br>CONSIDERATION:<br>**Collecting for -**<br>REMARKS: | | | X | $22,504.00 |
| ACCT #:   xxxxxxxxxxx1719<br>**Client Services, Inc.**<br>3451 Harry Truman Blvd<br>St Charles, MO 63301-4047 | | W | DATE INCURRED:  **06/2013**<br>CONSIDERATION:<br>**Collecting for - DISCOVER CARD**<br>REMARKS: | | | X | $7,898.00 |
| ACCT #:   xxxx-xxxx-xxxx-1319<br>**Commerce Bankl Card Center**<br>3930 S. 147th Street, Suite 200<br>Omaha NE 68144.5566 | | W | DATE INCURRED:  **08/2007**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | X | $23,067.00 |
| ACCT #:   xxxx-xxxx-xxxx-0972<br>**CREDITORS FINANCIAL GROUP**<br>3131 S. VAUGHN WAY<br>SUITE 110<br>AURORA, CO 80014 | | W | DATE INCURRED:  **03/2010**<br>CONSIDERATION:<br>**Collecting for -**<br>REMARKS: | | | X | $2,866.00 |
| ACCT #:   xxxx-xxxx-xxxx-0358<br>**Discover Card**<br>12 Reads Way<br>New Castle, DE 19720-1649 | | W | DATE INCURRED:  **06/2003**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | X | $9,667.00 |

Sheet no. ___4___ of ___12___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >                    $66,002.00

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **EDWARD J GREMO, JR**                                     Case No. _____
         **SUSAN M GREMO**                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: xxxxxxxxxxxxXXXX<br>**Discover Card**<br>**12 Reads Way**<br>**New Castle, DE 19720-1649** | | W | DATE INCURRED: **08/1997**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | X | $14,126.00 |
| ACCT #: xxxxxxxxxxxxXXXX<br>**Discover Card**<br>**12 Reads Way**<br>**New Castle, DE 19720-1649** | | W | DATE INCURRED: **03/2007**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | X | $7,897.00 |
| ACCT #: xxxx2742<br>**ENCORE RECEIVABLE MANAGEMENT INC**<br>**PO BOX 1880**<br>**SOUTHGATE MI, 48195** | | W | DATE INCURRED: **01/2010**<br>CONSIDERATION:<br>**Collecting for -**<br>REMARKS: | | | X | $14,127.00 |
| ACCT #: xxxx5587<br>**Enhanced Recovery Corp**<br>**8014 Bayberry Road**<br>**Jacksonville FL 32256** | | W | DATE INCURRED: **08/2010**<br>CONSIDERATION:<br>**Collecting for - Sprint**<br>REMARKS: | | | X | $2,866.00 |
| ACCT #: xxxxx6670<br>**Fifth Third Bank**<br>**Fifth Third Center**<br>**Cincinnati OH 45202** | | W | DATE INCURRED: **08/2006**<br>CONSIDERATION:<br>**LOC**<br>REMARKS: | | | X | $13,124.00 |
| ACCT #: xxxxx xxxxxxxENTS<br>**FINRA**<br>**1735 K STREET**<br>**WASHINGTON, DC 20006** | | H | DATE INCURRED: **10/2010**<br>CONSIDERATION:<br>**UNKNOWN**<br>REMARKS: | | | X | $1,600.00 |

Sheet no. ___5___ of ___12___ continuation sheets attached to          Subtotal >          $53,740.00
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                    Total >
                              (Use only on last page of the completed Schedule F.)
                              (Report also on Summary of Schedules and, if applicable, on the
                              Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.   Case 13-40362   Doc 1   Filed 10/15/13   Entered 10/15/13 14:17:37   Desc Main
In re   EDWARD J GREMO, JR          Document       Page 24 of 75   Case No. _____
         SUSAN M GREMO                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: xxxx5737<br>FIRST SOURCE ADVANTAGE INC<br>PO BOX 628<br>BUFFALO, NY 14240 | | W | DATE INCURRED: 01/2010<br>CONSIDERATION:<br>**Collecting for -**<br>REMARKS: | | | X | $1,575.00 |
| ACCT #: xxxxxxxxxxxxXXXX<br>FSB Card Service<br>PO Box 9487<br>Minneapolis, MN 55440-9487 | | W | DATE INCURRED: 01/2007<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | X | $13,841.00 |
| ACCT #: xxxx-xxxx-xxxx-5562<br>GC SERVICES LIMITED PARTNERSHIP<br>PO BOX 26998<br>SAN DIEGO, CA 92196 | | W | DATE INCURRED: 11/2009<br>CONSIDERATION:<br>**Collecting for -**<br>REMARKS: | | | X | $22,504.00 |
| ACCT #: xxxxxxxxxxxxXXXX<br>GEMB/JC PENNY<br>PO BOX 981402<br>EL PASO TX 79981 | | W | DATE INCURRED: 07/2007<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | X | $2,437.00 |
| ACCT #: xxxxx3136<br>Harris BANK NA<br>600 W Jackson, Ste 700<br>Chicago IL 60661 | | W | DATE INCURRED: 08/2007<br>CONSIDERATION:<br>**LINE OF CREDIT**<br>REMARKS: | | | X | $80,945.00 |
| ACCT #: xxxxxxxx0623<br>HOUSE HOLD BANK/ MENARDS<br>90 CHRISTIANA ROAD<br>NEW CASTLE, DE 19720 | | W | DATE INCURRED: 11/2008<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | X | $4,034.00 |

Sheet no. ___6___ of ___12___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $125,336.00

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
Case 13-40362    Doc 1    Filed 10/15/13    Entered 10/15/13 14:17:37    Desc Main
Document    Page 25 of 75
In re    EDWARD J GREMO, JR
SUSAN M GREMO
Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxxxxxxxxXXXX<br>**HOUSEHOLD CREDIT SERVICES**<br>**90 CHRISTIANA ROAD**<br>**NEW CASTLE, DE 19720** | | W | DATE INCURRED: **11/2008**<br>CONSIDERATION:<br>**Collecting for -**<br>REMARKS: | | | X | $4,034.00 |
| ACCT #:  xxxx-xxxx-xxxx-7732<br>**HSBC CARD SERVICES**<br>**PO BOX 17332**<br>**BALTIMORE MD 21297** | | W | DATE INCURRED: **09/2010**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | X | Unknown |
| ACCT #:  xxxx-xxxx-xxxx-0358<br>**Integrity Financial Partners, Inc.**<br>**4370 W. 109th Street, Suite 100**<br>**Overland Park KS 66211** | | W | DATE INCURRED: **02/2010**<br>CONSIDERATION:<br>**Collecting for -**<br>REMARKS: | | | X | $9,668.00 |
| ACCT #:  xxxx4024<br>**J.C. CHRISTENSEN & ASSOCIATES, INC**<br>**PO BOX 519**<br>**SAUK RAPIDS, MN 56379** | | W | DATE INCURRED: **08/2013**<br>CONSIDERATION:<br>**Collecting for - HSBC BANK USA NA**<br>REMARKS: | | | X | $2,253.83 |
| ACCT #:  xxxx4026<br>**J.C. CHRISTENSEN & ASSOCIATES, INC**<br>**PO BOX 519**<br>**SAUK RAPIDS, MN 56379** | | W | DATE INCURRED: **08/2013**<br>CONSIDERATION:<br>**Collecting for - CHASE BANK USA NA**<br>REMARKS: | | | X | $15,158.89 |
| ACCT #:  xxxx4027<br>**J.C. CHRISTENSEN & ASSOCIATES, INC**<br>**PO BOX 519**<br>**SAUK RAPIDS, MN 56379** | | W | DATE INCURRED: **08/2013**<br>CONSIDERATION:<br>**Collecting for - CHASE BANK USA NA**<br>REMARKS: | | | X | $10,204.17 |

Sheet no. __7__ of __12__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > $41,318.89

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **EDWARD J GREMO, JR**                                    Case No. _____
         **SUSAN M GREMO**                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxx4028**<br>**J.C. CHRISTENSEN & ASSOCIATES, INC**<br>**PO BOX 519**<br>**SAUK RAPIDS, MN 56379** | | W | DATE INCURRED:  **08/2013**<br>CONSIDERATION:<br>**Collecting for - CHASE BANK USA NA**<br>REMARKS: | | | X | $2,632.63 |
| ACCT #:  **7732**<br>**JAMES A WEST PC**<br>**6380 ROGERDALE ROAD**<br>**SUITE 130**<br>**HOUSTON, TX 77072** | | W | DATE INCURRED:  **02/2010**<br>CONSIDERATION:<br>**Collecting for -**<br>REMARKS: | | | X | $4,789.00 |
| ACCT #:  **xxx0371**<br>**LINEBARGER GOGGAN BLAIR & SEMPSON, I**<br>**PO BOX 06152**<br>**CHICAGO IL 60606** | | H | DATE INCURRED:  **11/2000**<br>CONSIDERATION:<br>**UNKNOWN**<br>REMARKS: | | | X | $122.00 |
| ACCT #:  **xxxxxx1596**<br>**MCM**<br>**PO BOX 603**<br>**OAKS PA 19456** | | W | DATE INCURRED:  **10/2010**<br>CONSIDERATION:<br>**Collecting for -**<br>REMARKS: | | | X | $2,577.00 |
| ACCT #:  **xxxxxxxxxxx0961**<br>**MENARDS/RETAIL SERVICES**<br>**PO BOX 17602**<br>**BALTIMORE, MD 21297** | | W | DATE INCURRED:  **02/2006**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | X | $2,971.00 |
| ACCT #:  **xxxxxx0331**<br>**METRO PUBLIC ADJUSTMENT, INC**<br>**3551**<br>**BRISTOL PIKE**<br>**BENSALEM, PA 19020** | | H | DATE INCURRED:  **07/2012**<br>CONSIDERATION:<br>**SERVICES**<br>REMARKS: | | | X | $2,800.00 |

Sheet no. ___8___ of ___12___ continuation sheets attached to        Subtotal >     $15,891.63
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                 Total >
                                        (Use only on last page of the completed Schedule F.)
                                   (Report also on Summary of Schedules and, if applicable, on the
                                      Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **EDWARD J GREMO, JR**
     **SUSAN M GREMO**
                             Case No. _____
                                                (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxxXXXX <br> **Midland Credit Management, Inc** <br> **8875 Arrow Drive Suite 200** <br> **San Diego CA 92123** | | W | DATE INCURRED:  **03/2010** <br> CONSIDERATION: <br> **Collecting for -** <br> REMARKS: | | | X | $3,342.00 |
| ACCT #:  xxxx-xxxxxx-x1001 <br> **NATIONWIDE CREDIT INC** <br> **PO BOX 740640** <br> **ATLANTA, GA 30374** | | W | DATE INCURRED:  **10/2009** <br> CONSIDERATION: <br> **Collecting for -** <br> REMARKS: | | | X | $6,958.00 |
| ACCT #:  xxx3273 <br> **NCC Business Services, Inc** <br> **3733 University Blvd W Suite 300** <br> **Jacksonville, FL 32217** | | W | DATE INCURRED:  **01/2010** <br> CONSIDERATION: <br> **Collecting for -** <br> REMARKS: | | | X | $2,483.00 |
| ACCT #:  xxU868 <br> **NCO FINANCIAL SYSTEMS** <br> **PO BOX 15372** <br> **WILMINGTON, DE 19850** | | W | DATE INCURRED:  **09/2010** <br> CONSIDERATION: <br> **Collecting for -** <br> REMARKS: | | | X | $9,558.00 |
| ACCT #:  xxxxxx7218 <br> **Nicor Gas** <br> **POB 190** <br> **Aurora IL 60507.0190** | | H | DATE INCURRED:  **07/2013** <br> CONSIDERATION: <br> **Utility** <br> REMARKS: | | | | $450.00 |
| ACCT #:  xxxx-xxxx-xxxx-0972 <br> **NORDSTROM FSB** <br> **PO BOX 13589** <br> **SCOTTSDALE AZ 85267** | | W | DATE INCURRED:  03/1994 <br> CONSIDERATION: <br> **Credit Card** <br> REMARKS: | | | X | $2,865.00 |

Sheet no. ___9___ of ___12___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                         Subtotal >       $25,656.00

                                          Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **EDWARD J GREMO, JR** Case No. _____
        **SUSAN M GREMO**                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxxxxxxxx5632<br>**Pentagroup Financial, LLC**<br>PO Box 742209<br>Houston, TX 77274-2209 | | W | DATE INCURRED:  **10/2009**<br>CONSIDERATION:<br>**Collecting for -**<br>REMARKS: | | | X | $2,288.00 |
| ACCT #:  xxxxxxxxxxxx7932<br>**Portfolio Recovery Associates LLC**<br>POB 12914<br>Norfolk, VA 23541 | | W | DATE INCURRED:  **09/2010**<br>CONSIDERATION:<br>**Collecting for -**<br>REMARKS: | | | X | $4,960.00 |
| ACCT #:  xxxx-xxxx-xxxx-1719<br>**Protocol Recovery Service, Inc.**<br>509 Mercer Avenue<br>Panama City FL 32401 | | W | DATE INCURRED:  **09/2010**<br>CONSIDERATION:<br>**Collecting for -**<br>REMARKS: | | | X | $7,898.00 |
| ACCT #:  xxxx1108<br>**Rush-Copley Medical Center**<br>2000 Ogden Avenue<br>Aurora IL 60504 | | W | DATE INCURRED:  **04/2009**<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $481.00 |
| ACCT #:  xxxxxxxxxxxx2483<br>**SEARS/CITIBANK SD NA**<br>8725 WEST SAHARA AVE<br>THE LAKES, NV 89163 | | W | DATE INCURRED:  **11/2008**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | X | $3,239.00 |
| ACCT #:  xxxxxx-xxH258<br>**STATE COLLECTION SERVICE, INC**<br>PO BOX 6250<br>MADISON WI 53716-0250 | | H | DATE INCURRED:  **05/2013**<br>CONSIDERATION:<br>**Collecting for -APRIA HEALTHCARE**<br>REMARKS: | | | | $348.00 |

Sheet no. ___10___ of ___12___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  $19,214.00

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **EDWARD J GREMO, JR**
      **SUSAN M GREMO**             Case No. _____

                                                      (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxxxxxxxxXXXX<br>**Target National Bank**<br>**PO Box 673**<br>**Minneapolis, MN 55440-0673** | | W | DATE INCURRED:  **12/2008**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | X | $3,743.00 |
| ACCT #:  xx3633<br>**THE UNIVERSITY OF ILLINOIS AT  CHICAGO**<br>**PHYSICIAN GROUP**<br>**3293 PAYSHERE CIRCLE**<br>**CHICAGO IL 60674** | | H | DATE INCURRED:  **02/2012**<br>CONSIDERATION:<br>**MEDICAL**<br>REMARKS: | | | X | $25.00 |
| ACCT #:  xxxxx1056<br>**TRAVELERS**<br>**KNOXVILLE BUSINESS CENTER**<br>**PO BOX 59059**<br>**KNOXVILLE, TN 37950-9059** | | H | DATE INCURRED:  **07/2013**<br>CONSIDERATION:<br>**INSURANCE**<br>REMARKS: | | | X | $344.00 |
| ACCT #:  xxxxxx x xxxMO JR<br>**TRAVELERS**<br>**KNOXVILLE BUSINESS CENTER**<br>**PO BOX 59059**<br>**KNOXVILLE, TN 37950-9059** | | H | DATE INCURRED:  **04/2013**<br>CONSIDERATION:<br>**AUTO INSURANCE**<br>REMARKS: | | | X | Unknown |
| ACCT #:  xxxx-xxxx-xxxx-9979<br>**UNITED RECOVERY SYSTEMS**<br>**5800 NORTH COURSE DRIVE**<br>**HOUSTON TX, 77072** | | W | DATE INCURRED:  **03/2010**<br>CONSIDERATION:<br>**Collecting for -**<br>REMARKS: | | | X | $2,246.00 |
| ACCT #:  xxxx-xxxx-xxxx-3479<br>**US BANK**<br>**PO BOX 108**<br>**SAINT LOUIS MO 63166** | | W | DATE INCURRED:  **01/2007**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | X | $14,050.00 |

Sheet no. ___11___ of ___12___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                   Subtotal >        $20,408.00

                                           Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **EDWARD J GREMO, JR**
      **SUSAN M GREMO**
                                      Case No. _____
                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxxxxxx3414<br>**VALENTINE & KEBARTAS INC**<br>**PO BOX 325**<br>**LAWRENCE, MA 01842** | | W | DATE INCURRED:  **12/2009**<br>CONSIDERATION:<br>**Collecting for -**<br>REMARKS: | | | X | $2,421.00 |
| ACCT #:  xx9615<br>**VALLEY IMAGING CONSULTANTS**<br>**6910 S MADISON STREET**<br>**WILLOWBROOK IL 60527** | | H | DATE INCURRED:  **09/2009**<br>CONSIDERATION:<br>**HOSP BILL**<br>REMARKS: | | | | $66.00 |
| ACCT #:  xx0062<br>**VALLY DENTAL CARE**<br>**1940 WEST GALENA BLVD**<br>**SUITE 8**<br>**AURORA IL 60506** | | W | DATE INCURRED:  **12/2009**<br>CONSIDERATION:<br>**MEDICAL**<br>REMARKS: | | | | $273.00 |
| ACCT #:  xxxxxxxx0001<br>**VERIZON WIRELESS**<br>**PO BOX 25505**<br>**LEHIGH VALLEY, PA 18002** | | H | DATE INCURRED:  **12/2011**<br>CONSIDERATION:<br>**PHONE SERVICE**<br>REMARKS: | | | | $113.00 |
| | | | | | | | |
| | | | | | | | |

Sheet no. ___12___ of ___12___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                            Subtotal >        $2,873.00

                                Total >        $907,319.52
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re  **EDWARD J GREMO, JR**          Case No. _____
       **SUSAN M GREMO**                      (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

B6H (Official Form 6H) (12/07)

In re **EDWARD J GREMO, JR**
**SUSAN M GREMO**

Case No. _____
(if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

B6I (Official Form 6I) (12/07)

In re  **EDWARD J GREMO, JR**
       **SUSAN M GREMO**                                     Case No. _____
                                                                        (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | Dependents of Debtor and Spouse | |
|---|---|---|
| **Married** | Relationship(s):  DAUGHTER      Age(s): 8 | Relationship(s):                    Age(s): |

| Employment: | Debtor | Spouse |
|---|---|---|
| Occupation | BUS DRIVER | HOUSE WIFE |
| Name of Employer | ILLINOIS CENTRAL SCHOOL BUS | |
| How Long Employed | 1 YEAR | |
| Address of Employer | 641 NORTH OHIO STREET AURORA, IL 60505 | |

| INCOME:  (Estimate of average or projected monthly income at time case filed) | | **DEBTOR** | **SPOUSE** |
|---|---|---|---|
| 1. | Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $1,043.71 | $0.00 |
| 2. | Estimate monthly overtime | $115.14 | $0.00 |
| 3. | SUBTOTAL | **$1,158.85** | **$0.00** |
| 4. | LESS PAYROLL DEDUCTIONS | | |
|  | a. Payroll taxes (includes social security tax if b. is zero) | $22.53 | $0.00 |
|  | b. Social Security Tax | $64.71 | $0.00 |
|  | c. Medicare | $15.11 | $0.00 |
|  | d. Insurance | $0.00 | $0.00 |
|  | e. Union dues | $29.00 | $0.00 |
|  | f. Retirement | $0.00 | $0.00 |
|  | g. Other (Specify) _____ | $0.00 | $0.00 |
|  | h. Other (Specify) _____ | $0.00 | $0.00 |
|  | i. Other (Specify) _____ | $0.00 | $0.00 |
|  | j. Other (Specify) _____ | $0.00 | $0.00 |
|  | k. Other (Specify) _____ | $0.00 | $0.00 |
| 5. | SUBTOTAL OF PAYROLL DEDUCTIONS | **$131.35** | **$0.00** |
| 6. | TOTAL NET MONTHLY TAKE HOME PAY | **$1,027.50** | **$0.00** |
| 7. | Regular income from operation of business or profession or farm (Attach detailed stmt) | $0.00 | $0.00 |
| 8. | Income from real property | $0.00 | $0.00 |
| 9. | Interest and dividends | $0.00 | $0.00 |
| 10. | Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $0.00 | $0.00 |
| 11. | Social security or government assistance (Specify): _____ | $0.00 | $0.00 |
| 12. | Pension or retirement income | $0.00 | $0.00 |
| 13. | Other monthly income (Specify): | | |
|  | a. INSURANCE SALES | $199.76 | $0.00 |
|  | b. TAX PREPARER | $819.20 | $0.00 |
|  | c. _____ | $0.00 | $0.00 |
| 14. | SUBTOTAL OF LINES 7 THROUGH 13 | **$1,018.96** | **$0.00** |
| 15. | AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | **$2,046.46** | **$0.00** |
| 16. | COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | **$2,046.46** | |

(Report also on Summary of Schedules and, if applicable,
on Statistical Summary of Certain Liabilities and Related Data)

17.  Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None.**

B6J (Official Form 6J) (12/07)

IN RE:   **EDWARD J GREMO, JR**
         **SUSAN M GREMO**                                    Case No. _____
                                                                        (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $0.00 |
|    a. Are real estate taxes included?  ☐ Yes  ☑ No | |
|    b. Is property insurance included?  ☐ Yes  ☑ No | |
| 2. Utilities:  a. Electricity and heating fuel | $300.00 |
|             b. Water and sewer | $125.00 |
|             c. Telephone | $109.00 |
|             d. Other: | |
| 3. Home maintenance (repairs and upkeep) | $150.00 |
| 4. Food | $250.00 |
| 5. Clothing | $50.00 |
| 6. Laundry and dry cleaning | $15.00 |
| 7. Medical and dental expenses | $0.00 |
| 8. Transportation (not including car payments) | $250.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $100.00 |
| 10. Charitable contributions | $150.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|           a. Homeowner's or renter's | $148.00 |
|           b. Life | $60.00 |
|           c. Health | $0.00 |
|           d. Auto | $87.00 |
|           e. Other:  CABLE/INTERNET | $59.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments)<br>Specify: | |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|           a. Auto: | |
|           b. Other: | |
|           c. Other: | |
|           d. Other: | |
| 14. Alimony, maintenance, and support paid to others: | |
| 15. Payments for support of add'l dependents not living at your home: | |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | |
| 17.a. Other: | |
| 17.b. Other: | |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17.  Report also on Summary of Schedules and,<br>   if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | **$1,853.00** |
| 19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:  **None.** | |

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $2,046.46 |
| b. Average monthly expenses from Line 18 above | $1,853.00 |
| c. Monthly net income (a. minus b.) | $193.46 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re EDWARD J GREMO, JR                                                Case No. _____
      SUSAN M GREMO                                                              (if known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____27_____
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _10/15/2013_                          Signature _Edward J Gremo_
                                                     **EDWARD J GREMO, JR**

Date _10/15/2013_                          Signature _Susan M Gremo_
                                                     **SUSAN M GREMO**
                                           [If joint case, both spouses must sign.]

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this
document for compensation and have provided the debtor with a copy of this document and the notices and information required
under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h)
setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum
amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

**Edward J. Gremo, Petition Preparer**                          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
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer    Social Security No.
                                                               (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the
officer, principal, responsible person, or partner who signs this document.*

**15028 Cicero Avenue
Suite C
Oak Forest, IL  60452**

_Edward J Gremo_                                           _10/15/2013_
Signature of Bankruptcy Petition Preparer                 Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the
bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for
each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may
result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or
both.  18 U.S.C. §§ 152 and 3571.*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)

In re:   EDWARD J GREMO, JR                                    Case No. _____
         SUSAN M GREMO                                                        (if known)

# STATEMENT OF FINANCIAL AFFAIRS

## 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the TWO YEARS immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 9,900.00 | GREMO TAX SERVICES ( 2013 ) |
| 1598.55 | INSURANCE SALES (2013) |
| 9393.43 | ILLINOIS CENTRAL SCHOOL BUS ( 2013 ) |
| 30,106.00 | GROSS INCOME ( 2012 ) |
| 20,107.00 | GROSS INCOME ( 2011 ) |
| 2500.00 | M & M LIMOUSINES ( 2013 ) |

## 2. Income other than from employment or operation of business

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the TWO YEARS immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 45.00 | INTEREST INCOME |

## 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None ☑

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 DAYS immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑

b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 DAYS immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

None ☑

c. All debtors: List all payments made within ONE YEAR immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (04/13)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

In re:  EDWARD J GREMO, JR                          Case No. _____
        SUSAN M GREMO                                            (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 1*

---

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☑ a. List all suits and administrative proceedings to which the debtor is or was a party within ONE YEAR immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within ONE YEAR immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 5. Repossessions, foreclosures and returns

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within ONE YEAR immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 6. Assignments and receiverships

None ☑ a. Describe any assignment of property for the benefit of creditors made within 120 DAYS immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within ONE YEAR immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 7. Gifts

None ☑ List all gifts or charitable contributions made within ONE YEAR immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 8. Losses

None ☑ List all losses from fire, theft, other casualty or gambling within ONE YEAR immediately preceding the commencement of this case OR SINCE THE COMMENCEMENT OF THIS CASE. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 9. Payments related to debt counseling or bankruptcy

None ☑ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within ONE YEAR immediately preceding the commencement of this case.

---

### 10. Other transfers

None ☑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within TWO YEARS immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

In re:   **EDWARD J GREMO, JR**
        **SUSAN M GREMO**

Case No. _____
                (if known)

**STATEMENT OF FINANCIAL AFFAIRS**
*Continuation Sheet No. 2*

None
☑    b. List all property transferred by the debtor within TEN YEARS immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

### 11. Closed financial accounts

None
☑    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within ONE YEAR immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 12. Safe deposit boxes

None
☑    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within ONE YEAR immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 13. Setoffs

None
☑    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 DAYS preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 14. Property held for another person

None
☑    List all property owned by another person that the debtor holds or controls.

### 15. Prior address of debtor

None
☑    If the debtor has moved within THREE YEARS immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

### 16. Spouses and Former Spouses

None
☑    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within EIGHT YEARS immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

B7 (Official Form 7) (04/13)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)

In re:   EDWARD J GREMO, JR
SUSAN M GREMO

Case No. _____
(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 3*

## 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
☑   a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

None
☑   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None
☑   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

## 18. Nature, location and name of business

None
☐   a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within SIX YEARS immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within SIX YEARS immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within SIX YEARS immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within SIX YEARS immediately preceding the commencement of this case.

| NAME, ADDRESS, AND LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN) / COMPLETE EIN | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|
| GREMO INVESTMENTS INC<br>2724 PLANTE ROAD<br>NORTH AURORA, IL 60542<br>TAX ID # ENDING IN 7790 | INVESTMENT/BROKER DEALER | 10/04 -- 12/2010 |
| GREMO TAX SERVICES<br>2724 PLANTE ROAD<br>NORTH AURORA, IL 60542<br>TAX ID# ENDING 7061 | TAX PREPARER | 01/1999 TO CURRENT |

B7 (Official Form 7) (04/13)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

In re: EDWARD J GREMO, JR
SUSAN M GREMO

Case No. _____
(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 4*

| | | |
|---|---|---|
| GREMO & ASSOCIATES<br>2724 PLANTE ROAD<br>NORTH AURORA, IL 60542 | BUSINESS CONSULTING &<br>INSURANCE SALES | 01/2004 TO CURRENT |
| UQWIBBLE, LLC<br>2510 WARREN AVE<br>CHEYENNE, WY 82001<br>TAX ID # ENDING 8044 | ONLINE AUCTION WEBSITE | 02/2011 / 12/2011 |
| HEARTLAND FARMING LLC<br>2510 WARREN AVE<br>CHEYENNE, WY 82001 | FARMING | 03/2011 TO 12/2011 |
| DEALS3D<br>3225 MCLEOD DRIVE #110<br>LAS VEGAS, NV 89121<br>TAX ID # ENDING 7364 | ONLINE AUCTION WEBSITE | 10/2008 TO 12/2010 |
| CLASSIC REALTY GROUP<br>15545 SOUTH 71ST COURT<br>ORLAND PARK, IL 60462<br>REAL ESTATE BROKER | REAL ESTATE BROKER | 2003 TO 2010 |
| AMBIT ENERGY<br>2724 PLANTE ROAD<br>NORTH AURORA, IL 60542 | SALES | 2011 TO 03/2013 |
| ARBONNE INTERNATIONAL<br>2724 PLANTE ROAD<br>NORTH AURORA, IL 60542 | SALES | 2010 / 03/2013 |
| ZEEK REWARDS<br>2724 PLANTE ROAD<br>NORTH AURORA, IL 60542 | SALES | 2010 / 03/2013 |

None ☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within SIX YEARS immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement ONLY if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)

## 19. Books, records and financial statements

None ☐ a. List all bookkeepers and accountants who within TWO YEARS immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| GREMO TAX SERVICE<br>2724 PLANTE ROAD<br>NORTH AURORA IL 60542 | 2011/2012/2013 |

In re:   EDWARD J GREMO, JR                                    Case No. _____
         SUSAN M GREMO                                                    _____
                                                                          (if known)


# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 5*

---

None ☐ b. List all firms or individuals who within TWO YEARS immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| GREMO TAX SERVICES | 2011/2012/2013 |
| 2724 PLANTE ROAD | |
| NORTH AURORA IL 60542 | |

---

None ☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| EDWARD J GREMO JR | 2724 PLANTE ROAD |
| GREMO TAX SERVICES | NORTH AURORA, IL 60542 |

---

None ☑ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within TWO YEARS immediately preceding the commencement of this case.

---

## 20. Inventories

None ☑ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

---

None ☑ b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

---

## 21. Current Partners, Officers, Directors and Shareholders

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

---

None ☑ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

---

## 22. Former partners, officers, directors and shareholders

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within ONE YEAR immediately preceding the commencement of this case.

---

None ☑ b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within ONE YEAR immediately preceding the commencement of this case.

---

## 23. Withdrawals from a partnership or distributions by a corporation

None ☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during ONE YEAR immediately preceding the commencement of this case.

B7 (Official Form 7) (04/13)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)

In re:   EDWARD J GREMO, JR                          Case No. _____
         SUSAN M GREMO                                                (if known)

## STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 6*

**24. Tax Consolidation Group**

None
☑   If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax
    purposes of which the debtor has been a member at any time within SIX YEARS immediately preceding the commencement of the case.

**25. Pension Funds**

None
☑   If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer,
    has been responsible for contributing at any time within SIX YEARS immediately preceding the commencement of the case.

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any
attachments thereto and that they are true and correct.

Date   10/15/2013                          Signature   *Edward J Gremo*
                                           of Debtor    EDWARD J GREMO, JR

Date   10/15/2013                          Signature   *Susan M Gremo*
                                           of Joint Debtor   SUSAN M GREMO
                                           (if any)

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both.*
*18 U.S.C. §§ 152 and 3571*

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this
document for compensation and have provided the debtor with a copy of this document and notices and information required under
11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h)
setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum
amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

**Edward J. Gremo, Petition Preparer**                          **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**
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer   Social-Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the
officer, principal, responsible person, or partner who signs this document.*

**15028 Cicero Avenue**
**Suite C**
**Oak Forest, IL  60452**

*Edward J Gremo*                                    10/15/2013
Signature of Bankruptcy Petition Preparer           Date

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the
bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for
each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy*
*Procedure may result in fines or imprisonment or both.  18 U.S.C. § 156.*

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

IN RE:  **EDWARD J GREMO, JR**                          CASE NO
        **SUSAN M GREMO**

                                                         CHAPTER   **7**

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

PART A -- Debts secured by property of the estate.  (Part A must be fully completed for EACH debt which is secured by property of the estate.  Attach additional pages if necessary.)

---

Property No.   1

**Creditor's Name:**                                 | **Describe Property Securing Debt:**
CAPITAL ONE                                          | Collecting for - UNKNOWN LENDER
PO BOX 21887
EAGAN, MN 55121-0887
xxxxx9005

Property will be (check one):
☐ Surrendered      ☒ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☒ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
☒ Claimed as exempt      ☐ Not claimed as exempt

---

Property No.   2

**Creditor's Name:**                                 | **Describe Property Securing Debt:**
Harris BANK NA                                       | LINE OF CREDIT
600 W Jackson, Ste 700
Chicago IL 60661
xxxxxx3136

Property will be (check one):
☐ Surrendered      ☒ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☒ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
☒ Claimed as exempt      ☐ Not claimed as exempt

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

IN RE:   **EDWARD J GREMO, JR**                         CASE NO
         **SUSAN M GREMO**
                                                        CHAPTER   **7**

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 1*

---

Property No.   3

**Creditor's Name:**                            **Describe Property Securing Debt:**
KANE COUNTY TREASURER                           SINGLE FAMILY HOME
PROPERTY TAXES
PO BOX 4025
GENEVA, IL 60134
xxxxxx5012

---

Property will be (check one):
☐ Surrendered      ☑ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☑ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
☑ Claimed as exempt      ☐ Not claimed as exempt

---

Property No.   4

**Creditor's Name:**                            **Describe Property Securing Debt:**
UNKNOWN LENDER                                  SINGLE FAMILY HOME
UNKNOWN ADDRESS
xxxxx9005

---

Property will be (check one):
☐ Surrendered      ☑ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☑ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
☑ Claimed as exempt      ☐ Not claimed as exempt

---

PART B -- Personal property subject to unexpired leases.  (All three columns of Part B must be completed for each unexpired lease.
Attach additional pages if necessary.)

B 8 (Official Form 8) (12/08)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

IN RE:   EDWARD J GREMO, JR                    CASE NO
SUSAN M GREMO
CHAPTER   7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
*Continuation Sheet No. 2*

| Property No.   1 | | |
|---|---|---|
| Lessor's Name:<br>None | Describe Leased Property: | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES ☐      NO ☐ |

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date _10/15/2013_         Signature _Edward J Gremo_
                                                  EDWARD J GREMO, JR

Date _10/15/2013_         Signature _Susan M Gremo_
                                                  SUSAN M GREMO

### CERTIFICATE OF SERVICE

I, the below signed, do hereby certify that a true and correct copy of the foregoing Chapter 7 Individual Debtor's Statement of Intention was mailed or otherwise served to the Chapter 7 Trustee, the secured creditors as listed on Schedule D, the United States Trustee and/or to any other interested parties as may be required by B.R. 1007 and applicable local bankruptcy rules.

Date _____         _____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

| Attorney or Party Name, Address and Telephone Number<br>**EDWARD J GREMO, JR**<br>**SUSAN M GREMO**<br>**2724 PLANTE ROAD**<br>**NORTH AURORA, IL 60542**<br>**Debtor(s) in pro per** | FOR COURT USE ONLY |
|---|---|
| In re:<br>**EDWARD J GREMO, JR**<br>**SUSAN M GREMO** | CASE NO.:<br>CHAPTER:  **7**<br>Debtor Address:<br>**2724 PLANTE ROAD**<br>**NORTH AURORA, IL 60542** |
| Social Security Number:  **xxx-xx-5131**      **xxx-xx-6455** | Employer's Tax I.D. Number: |

## DISCLOSURE OF COMPENSATION OF BANKRUPTCY PETITION PREPARER

1. Under 11 U.S.C. § 110(h), I declare under penalty of perjury that I am not an attorney or employee of an attorney, that I prepared or caused to be prepared one or more documents for filing by the above-named debtor(s) in connection with this bankruptcy case, and that compensation paid to me within one year before the filing of the bankruptcy petition, or agreed to be paid to me, for services rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | For document preparation services, I have agreed to accept | **$0.00** |
   |---|---|
   | Prior to the filing of this statement I have received | **$0.00** |
   | Balance Due | **$0.00** |

2. I have prepared or caused to be prepared the following documents (itemize):

   ,

   and provided the following services (itemize):

   ,

3. The source of the compensation paid to me was:
   ☑ Debtor        ☐ Other (specify)

4. The source of compensation to be paid to me is:
   ☑ Debtor        ☐ Other (specify)

5. The foregoing is a complete statement of any agreement or arrangement for payment to me for preparation of the petition filed by the debtor(s) in this bankruptcy case.

6. To my knowledge, no other person has prepared for compensation a document for filing in connection with this bankruptcy case except as listed below:

   | Name | SSN |
   |---|---|
   | *Edward J Gremo Jr* | *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* |

| In re: EDWARD J GREMO, JR<br>SUSAN M GREMO | | CASE NUMBER:<br>CHAPTER:    **7** |

# DECLARATION OF BANKRUPTCY PETITION PREPARER

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

**X** _Edward J Gremo_                    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                    10/15/2013
                Signature                    Social Security Number                    Date

Name (Print): _Edward J Gremo Jr_

Address: _2224 Plauto Road_
_North Aurora, IL 60542_

---

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

IN RE:   EDWARD J GREMO, JR
          SUSAN M GREMO

CASE NO

CHAPTER   **7**

## VERIFICATION OF CREDITOR MATRIX

    The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date ___10/15/2013___

Signature _____
               **EDWARD J GREMO, JR**

Date ___10/15/2013___

Signature _____
               **SUSAN M GREMO**

ACADEMY COLLECTION SERVICES INC
10965 DECATUR ROAD
PHILADEIPHIA, PA 19154


Advocate Lutheran General Hospital
1775 W Dempster
Park Ridge, IL 60068


ALLIANCE ONE RECEIVABLES MANAGEMENT INC
PO BOX 3100
SOUTHEASTERN, PA 19398


ALLIED INTERSTATE LLC
GE CAPITAL RETAIL BANK
PO BOX 960061
ORLANDO, FL 32896-0061


American Express
PO Box 981537
El Paso, TX 79998-1537


ARM Accounts Receivable Management, Inc
PO Box 129
Thorofare, NJ 08086-0129


BARCLAYS BANK DELAWARE
125 S WEST STREET
WILMINGTON DE 19801


Cach LLC
370 17th Street, Suite 5000
Denver CO 80202.3050


Capital Management Services, LP
726 Exchange Street, suite 700
Buffalo, NY 14210

Capital Management Services, LP
698 1/2 South Ogden St
Buffalo, NY 14206.2317


CAPITAL ONE
PO BOX 21887
EAGAN, MN 55121-0887


Capital One Bank (USA), N.A.
PO Box 6492
Carol Stream IL 60197-6492


CARECREDIT/GECRB
PO BOX 960061
ORLANDO, FL 32896-0061


CHASE CARD SERVICES
PO BOX 15298
WILMINGTON DE 19850


CHILDRNS PL/CBSD
PO BOX 6497
SIOUX FALLS SD 57117


CITI BANK SD NA
PO BOX 6241
SIOUX FALLS, SD 57117


Citi financial retails
PO Box 22066
Tempe, AZ 85285


Client Services, Inc.
3451 Harry Truman Blvd
St Charles, MO 63301-4047

Commerce Bankl Card Center
3930 S. 147th Street, Suite 200
Omaha NE 68144.5566


CREDITORS FINANCIAL GROUP
3131 S. VAUGHN WAY
SUITE 110
AURORA, CO 80014


Discover Card
12 Reads Way
New Castle, DE 19720-1649


ENCORE RECEIVABLE MANAGEMENT INC
PO BOX 1880
SOUTHGATE MI, 48195


Enhanced Recovery Corp
8014 Bayberry Road
Jacksonville FL 32256


Fifth Third Bank
Fifth Third Center
Cincinnati OH 45202


FINRA
1735 K STREET
WASHINGTON, DC 20006


FIRST SOURCE ADVANTAGE INC
PO BOX 628
BUFFALO, NY 14240


FSB Card Service
PO Box 9487
Minneapolis, MN 55440-9487

GC SERVICES LIMITED PARTNERSHIP
PO BOX 26998
SAN DIEGO, CA 92196


GEMB/JC PENNY
PO BOX 981402
EL PASO TX 79981


Harris BANK NA
600 W Jackson, Ste 700
Chicago IL 60661


HOUSE HOLD BANK/ MENARDS
90 CHRISTIANA  ROAD
NEW CASTLE, DE 19720


HOUSEHOLD CREDIT SERVICES
90 CHRISTIANA ROAD
NEW CASTLE, DE 19720


HSBC CARD SERVICES
PO BOX 17332
BALTIMORE MD 21297


Integrity Financial Partners, Inc.
4370 W. 109th Street, Suite 100
Overland Park KS 66211


J.C. CHRISTENSEN & ASSOCIATES, INC
PO BOX 519
SAUK RAPIDS, MN 56379


JAMES A WEST PC
6380 ROGERDALE ROAD
SUITE 130
HOUSTON, TX 77072

KANE COUNTY TREASURER
PROPERTY TAXES
PO BOX 4025
GENEVA, IL 60134


LINEBARGER GOGGAN BLAIR & SEMPSON, LLP
PO BOX 06152
CHICAGO IL 60606


MCM
PO BOX 603
OAKS PA 19456


MENARDS/RETAIL SERVICES
PO BOX 17602
BALTIMORE, MD 21297


METRO PUBLIC ADJUSTMENT, INC
3551
BRISTOL PIKE
BENSALEM, PA 19020


Midland Credit Management, Inc
8875 Arrow Drive Suite 200
San Diego CA 92123


NATIONWIDE CREDIT INC
PO BOX 740640
ATLANTA, GA 30374


NCC Business Services, Inc
3733 University Blvd W Suite 300
Jacksonville, FL 32217


NCO FINANCIAL SYSTEMS
PO BOX 15372
WILMINGTON, DE 19850

Nicor Gas
POB 190
Aurora IL 60507.0190


NORDSTROM FSB
PO BOX 13589
SCOTTSDALE AZ 85267


Pentagroup Financial, LLC
PO Box 742209
Houston, TX 77274-2209


Portfolio Recovery Associates LLC
POB 12914
Norfolk, VA 23541


Protocol Recovery Service, Inc.
509 Mercer Avenue
Panama City FL 32401


Rush-Copley Medical Center
2000 Ogden Avenue
Aurora IL 60504


SEARS/CITIBANK SD NA
8725 WEST SAHARA AVE
THE LAKES, NV 89163


STATE COLLECTION SERVICE, INC
PO BOX 6250
MADISON WI 53716-0250


Target National Bank
PO Box 673
Minneapolis, MN 55440-0673

THE UNIVERSITY OF ILLINOIS AT  CHICAGO
PHYSICIAN GROUP
3293 PAYSHERE CIRCLE
CHICAGO IL 60674


TRAVELERS
KNOXVILLE BUSINESS CENTER
PO BOX 59059
KNOXVILLE, TN 37950-9059


UNITED RECOVERY SYSTEMS
5800 NORTH COURSE DRIVE
HOUSTON TX, 77072


UNKNOWN LENDER
UNKNOWN ADDRESS


US BANK
PO BOX 108
SAINT LOUIS MO 63166


VALENTINE & KEBARTAS INC
PO BOX 325
LAWRENCE, MA 01842


VALLEY IMAGING CONSULTANTS
6910 S MADISON STREET
WILLOWBROOK IL 60527


VALLY DENTAL CARE
1940 WEST GALENA BLVD
SUITE 8
AURORA IL 60506


VERIZON WIRELESS
PO BOX 25505
LEHIGH VALLEY, PA 18002

IN RE:  **EDWARD J GREMO, JR**
        **SUSAN M GREMO**

CASE NO

CHAPTER   **7**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

**Exemption Totals by Category:**

Scheme Selected: **State**

(Values and liens of surrendered property are NOT included in this section)

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|-----|----------|---------------------|--------------------|--------------|--------------------|-----------------------|
| N/A | Real Property. | $385,000.00 | $30,000.00 | $355,000.00 | $30,000.00 | $325,000.00 |
| 1. | Cash on hand. | $100.00 | $100.00 | $0.00 | $100.00 | $0.00 |
| 2. | Checking, savings or other financial accounts, CD's or shares in banks... | $250.00 | $250.00 | $0.00 | $250.00 | $0.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, others. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4. | Household goods and furnishings, including audio, video... | $5,000.00 | $25,000.00 | $0.00 | $25,000.00 | $0.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, records.... | $750.00 | $750.00 | $0.00 | $750.00 | $0.00 |
| 6. | Wearing apparel. | $500.00 | $500.00 | $0.00 | $0.00 | $0.00 |
| 7. | Furs and jewelry. | $3,500.00 | $3,500.00 | $0.00 | $3,500.00 | $0.00 |
| 8. | Firearms and sports, photographic and other hobby equipment. | $725.00 | $725.00 | $0.00 | $750.00 | $0.00 |
| 9. | Interests in insurance policies. | $360,000.00 | $360,000.00 | $0.00 | $0.00 | $0.00 |
| 10. | Annuities. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11. | Education IRAs. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12. | Interests in IRA, ERISA, Keogh... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13. | Stock and interests in incorporated... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14. | Interests in partnerships.... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15. | Government and corporate bonds... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16. | Accounts receivable. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17. | Alimony, maintenance, support, and property settlement to which the..... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18. | Other liquidated debts owed debtor... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19. | Equitable or future interests, life estates, and rights or powers..... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20. | Contingent and noncontingent interests in estate of decedent, death benefit.... | | $0.00 | $0.00 | $0.00 | $0.00 |
| 21. | Other contingent and unliquidated claims of every nature..... | $3,240,000.00 | $0.00 | $3,240,000.00 | $0.00 | $3,240,000.00 |

Copyright 1996-2013, LegalPRO Systems, Inc., San Antonio, Texas  (210) 561-5300 -- All rights reserved.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)

IN RE:  **EDWARD J GREMO, JR**
        **SUSAN M GREMO**

CASE NO

CHAPTER   **7**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)
*Continuation Sheet # 1*

### Exemption Totals by Category:
(Values and liens of surrendered property are NOT included in this section)

Scheme Selected: **State**

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|-----|----------|---------------------|--------------------|--------------|--------------------|------------------------|
| 22. | Patents, copyrights, and other intellectual property. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23. | Licenses, franchises, and other.... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24. | Customer Lists. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25. | Automobiles, trucks, trailers, vehicles... | $9,000.00 | $9,000.00 | $0.00 | $9,000.00 | $0.00 |
| 26. | Boats, motors and accessories. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27. | Aircraft and accessories. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28. | Office equipment, furnishings... | $300.00 | $300.00 | $0.00 | $300.00 | $0.00 |
| 29. | Machinery, fixtures used in business. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30. | Inventory. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31. | Animals. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32. | Crops - growing or harvested. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33. | Farming equipment and implements. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34. | Farm supplies, chemicals, and feed. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35. | Other personal property of any kind. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | **TOTALS:** | **$4,005,125.00** | **$430,125.00** | **$3,595,000.00** | **$69,650.00** | **$3,565,000.00** |

### Surrendered Property:
The following property is to be surrendered by the debtor.  Although this property is NOT exempt, it is NOT considered "non-exempt" for purposes of this analysis.  The below listed items are to be returned to the lienholder.

| Property Description | Market Value | Lien | Equity |
|----------------------|--------------|------|--------|
| **Real Property** | | | |
| (None) | | | |
| **Personal Property** | | | |
| (None) | | | |
| **TOTALS:** | $0.00 | $0.00 | $0.00 |

### Non-Exempt Property by Item:
The following property, or a portion thereof, is non-exempt.

| Property Description | Market Value | Lien | Equity | Non-Exempt Amount |
|----------------------|--------------|------|--------|-------------------|
| **Real Property** | | | | |
| SINGLE FAMILY HOME | $385,000.00 | $30,000.00 | $355,000.00 | $325,000.00 |

*Copyright 1996-2013, LegalPRO Systems, Inc., San Antonio, Texas  (210) 561-5300 -- All rights reserved.*

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)**

IN RE:  **EDWARD J GREMO, JR
SUSAN M GREMO**

CASE NO

CHAPTER   **7**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet # 2*

**Personal Property**

| | | | |
|---|---|---|---|
| JUDGEMENT ING BANK FSB | $3,240,000.00 | | $3,240,000.00 | $3,240,000.00 |

| | | | | |
|---|---|---|---|---|
| **TOTALS:** | **$3,625,000.00** | **$30,000.00** | **$3,595,000.00** | **$3,565,000.00** |

| Summary | |
|---|---|
| A. Gross Property Value (not including surrendered property) | **$4,005,125.00** |
| B. Gross Property Value of Surrendered Property | **$0.00** |
| C. Total Gross Property Value (A+B) | **$4,005,125.00** |
| D. Gross Amount of Encumbrances (not including surrendered property) | **$430,125.00** |
| E. Gross Amount of Encumbrances on Surrendered Property | **$0.00** |
| F. Total Gross Encumbrances (D+E) | **$430,125.00** |
| G. Total Equity (not including surrendered property)  /  (A-D) | **$3,595,000.00** |
| H. Total Equity in surrendered items  (B-E) | **$0.00** |
| I.  Total Equity  (C-F) | **$3,595,000.00** |
| J.  Total Exemptions Claimed | **$69,650.00** |
| K.  Total Non-Exempt Property Remaining  (G-J) | **$3,565,000.00** |

*Copyright 1996-2013, LegalPRO Systems, Inc., San Antonio, Texas  (210) 561-5300 -- All rights reserved.*

ACADEMY COLLECTION SERVICES
INC
10965 DECATUR ROAD
PHILADEIPHIA, PA 19154

CAPITAL ONE
PO BOX 21887
EAGAN, MN 55121-0887

Discover Card
12 Reads Way
New Castle, DE 19720-1649

Advocate Lutheran General
Hospital
1775 W Dempster
Park Ridge, IL 60068

Capital One Bank (USA), N.A.
PO Box 6492
Carol Stream IL 60197-6492

ENCORE RECEIVABLE MANAGEMENT
INC
PO BOX 1880
SOUTHGATE MI, 48195

ALLIANCE ONE RECEIVABLES
MANAGEMENT INC
PO BOX 3100
SOUTHEASTERN, PA 19398

CARECREDIT/GECRB
PO BOX 960061
ORLANDO, FL 32896-0061

Enhanced Recovery Corp
8014 Bayberry Road
Jacksonville FL 32256

ALLIED INTERSTATE LLC
GE CAPITAL RETAIL BANK
PO BOX 960061
ORLANDO, FL 32896-0061

CHASE CARD SERVICES
PO BOX 15298
WILMINGTON DE 19850

Fifth Third Bank
Fifth Third Center
Cincinnati OH 45202

American Express
PO Box 981537
El Paso, TX 79998-1537

CHILDRNS PL/CBSD
PO BOX 6497
SIOUX FALLS SD 57117

FINRA
1735 K STREET
WASHINGTON, DC 20006

ARM Accounts Receivable
Management, Inc
PO Box 129
Thorofare, NJ 08086-0129

CITI BANK SD NA
PO BOX 6241
SIOUX FALLS, SD 57117

FIRST SOURCE ADVANTAGE INC
PO BOX 628
BUFFALO, NY 14240

BARCLAYS BANK DELAWARE
125 S WEST STREET
WILMINGTON DE 19801

Citi financial retails
PO Box 22066
Tempe, AZ 85285

FSB Card Service
PO Box 9487
Minneapolis, MN 55440-9487

Cach LLC
370 17th Street, Suite 5000
Denver CO 80202.3050

Client Services, Inc.
3451 Harry Truman Blvd
St Charles, MO 63301-4047

GC SERVICES LIMITED
PARTNERSHIP
PO BOX 26998
SAN DIEGO, CA 92196

Capital Management Services,
LP
726 Exchange Street, suite 700
Buffalo, NY 14210

Commerce Bankl Card Center
3930 S. 147th Street, Suite
200
Omaha NE 68144.5566

GEMB/JC PENNY
PO BOX 981402
EL PASO TX 79981

Capital Management Services,
LP
698 1/2 South Ogden St
Buffalo, NY 14206.2317

CREDITORS FINANCIAL GROUP
3131 S. VAUGHN WAY
SUITE 110
AURORA, CO 80014

Harris BANK NA
600 W Jackson, Ste 700
Chicago IL 60661

HOUSE HOLD BANK/ MENARDS
90 CHRISTIANA ROAD
NEW CASTLE, DE 19720

METRO PUBLIC ADJUSTMENT, INC
3551
BRISTOL PIKE
BENSALEM, PA 19020

Rush-Copley Medical Center
2000 Ogden Avenue
Aurora IL 60504

HOUSEHOLD CREDIT SERVICES
90 CHRISTIANA ROAD
NEW CASTLE, DE 19720

Midland Credit Management, Inc
8875 Arrow Drive Suite 200
San Diego CA 92123

SEARS/CITIBANK SD NA
8725 WEST SAHARA AVE
THE LAKES, NV 89163

HSBC CARD SERVICES
PO BOX 17332
BALTIMORE MD 21297

NATIONWIDE CREDIT INC
PO BOX 740640
ATLANTA, GA 30374

STATE COLLECTION SERVICE, INC
PO BOX 6250
MADISON WI 53716-0250

Integrity Financial Partners,
Inc.
4370 W. 109th Street, Suite
100
Overland Park KS 66211

NCC Business Services, Inc
3733 University Blvd W Suite
300
Jacksonville, FL 32217

Target National Bank
PO Box 673
Minneapolis, MN 55440-0673

J.C. CHRISTENSEN & ASSOCIATES,
INC
PO BOX 519
SAUK RAPIDS, MN 56379

NCO FINANCIAL SYSTEMS
PO BOX 15372
WILMINGTON, DE 19850

THE UNIVERSITY OF ILLINOIS AT
CHICAGO
PHYSICIAN GROUP
3293 PAYSHERE CIRCLE
CHICAGO IL 60674

JAMES A WEST PC
6380 ROGERDALE ROAD
SUITE 130
HOUSTON, TX 77072

Nicor Gas
POB 190
Aurora IL 60507.0190

TRAVELERS
KNOXVILLE BUSINESS CENTER
PO BOX 59059
KNOXVILLE, TN 37950-9059

KANE COUNTY TREASURER
PROPERTY TAXES
PO BOX 4025
GENEVA, IL 60134

NORDSTROM FSB
PO BOX 13589
SCOTTSDALE AZ 85267

UNITED RECOVERY SYSTEMS
5800 NORTH COURSE DRIVE
HOUSTON TX, 77072

LINEBARGER GOGGAN BLAIR &
SEMPSON, LLP
PO BOX 06152
CHICAGO IL 60606

Pentagroup Financial, LLC
PO Box 742209
Houston, TX 77274-2209

UNKNOWN LENDER
UNKNOWN ADDRESS

MCM
PO BOX 603
OAKS PA 19456

Portfolio Recovery Associates
LLC
POB 12914
Norfolk, VA 23541

US BANK
PO BOX 108
SAINT LOUIS MO 63166

MENARDS/RETAIL SERVICES
PO BOX 17602
BALTIMORE, MD 21297

Protocol Recovery Service,
Inc.
509 Mercer Avenue
Panama City FL 32401

VALENTINE & KEBARTAS INC
PO BOX 325
LAWRENCE, MA 01842

VALLEY IMAGING CONSULTANTS
6910 S MADISON STREET
WILLOWBROOK IL 60527


VALLY DENTAL CARE
1940 WEST GALENA BLVD
SUITE 8
AURORA IL 60506


VERIZON WIRELESS
PO BOX 25505
LEHIGH VALLEY, PA 18002

# UNITED STATES BANKRUPTCY COURT FOR THE

*NORTHERN DISTRICT OF ILLINOIS*
*EASTERN DIVISION (CHICAGO)*

In re:                                          Case No.:
**EDWARD J GREMO, JR** _____     SSN:  __xxx-xx-5131__
**SUSAN M GREMO** _____     SSN:  __xxx-xx-6455__
Debtor(s)                          ## Numbered Listing of Creditors
Address:
**2724 PLANTE ROAD**                        Chapter:    **7**
**NORTH AURORA, IL 60542**

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 1.  ACADEMY COLLECTION SERVICES INC<br>10965 DECATUR ROAD<br>PHILADELPHIA, PA 19154<br>xxxx-xxxx-xxxx-2483 | Unsecured Claim | $3,239.00 |
| 2.  Advocate Lutheran General Hospital<br>1775 W Dempster<br>Park Ridge, IL 60068<br>xxxxx7889 | Unsecured Claim | $488.00 |
| 3.  ALLIANCE ONE RECEIVABLES MANAGEMENT INC<br>PO BOX 3100<br>SOUTHEASTERN, PA 19398<br>xxxx4497 | Unsecured Claim | $13,877.00 |
| 4.  ALLIED INTERSTATE LLC<br>GE CAPITAL RETAIL BANK<br>PO BOX 960061<br>ORLANDO, FL 32896-0061<br>xxxxxxxxxxxx4345 | Unsecured Claim | $2,147.00 |
| 5.  American Express<br>PO Box 981537<br>El Paso, TX 79998-1537<br>xxxxx1001 | Unsecured Claim | $6,958.00 |
| 6.  ARM Accounts Receivable Management, Inc<br>PO Box 129<br>Thorofare, NJ 08086-0129<br>xxxx6255 | Unsecured Claim | $2,866.00 |

in re:    **EDWARD J GREMO, JR**

|  | Debtor |  | Case No. (if known) |
|---|---|---|---|

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 7.    BARCLAYS BANK DELAWARE<br>125 S WEST STREET<br>WILMINGTON DE 19801<br>xxxxxxxxxxx7XXX | Unsecured Claim | $9,558.00 |
| 8.    Cach LLC<br>370 17th Street, Suite 5000<br>Denver CO 80202.3050<br>xxxx0150 | Unsecured Claim | $2,073.00 |
| 9.    Capital Management Services, LP<br>726 Exchange Street, suite 700<br>Buffalo, NY 14210<br>xxxx-xxxx-xxxx-1719 | Unsecured Claim | $7,898.00 |
| 10.    Capital Management Services, LP<br>698 1/2 South Ogden St<br>Buffalo, NY 14206.2317<br>xxxxx6434 | Unsecured Claim | $14,127.00 |
| 11.    CAPITAL ONE<br>PO BOX 21887<br>EAGAN, MN 55121-0887<br>xxxxx9005 | Unsecured Claim | $376,000.00 |
| 12.    Capital One Bank (USA), N.A.<br>PO Box 6492<br>Carol Stream IL 60197-6492<br>xxxx-xxxx-xxxx-1714 | Unsecured Claim | $2,000.00 |
| 13.    Capital One Bank (USA), N.A.<br>PO Box 6492<br>Carol Stream IL 60197-6492<br>xxxx-xxxx-xxxx-4469 | Unsecured Claim | $2,000.00 |
| 14.    Capital One Bank (USA), N.A.<br>PO Box 6492<br>Carol Stream IL 60197-6492<br>xxxx-xxxx-xxxx-7943 | Unsecured Claim | $4,000.00 |
| 15.    Capital One Bank (USA), N.A.<br>PO Box 6492<br>Carol Stream IL 60197-6492<br>xxxx-xxxx-xxxx-0834 | Unsecured Claim | $4,500.00 |

in re:   **EDWARD J GREMO, JR**

| | Debtor | Case No. (if known) |

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 16.  Capital One Bank (USA), N.A.<br>PO Box 6492<br>Carol Stream IL 60197-6492<br>xxxx-xxxx-xxxx-4259 | Unsecured Claim | |
| 17.  CARECREDIT/GECRB<br>PO BOX 960061<br>ORLANDO, FL 32896-0061<br>xxxxxxxxxxxx4345 | Unsecured Claim | $2,147.00 |
| 18.  CHASE CARD SERVICES<br>PO BOX 15298<br>WILMINGTON DE 19850<br>xxxxxxxxxxxxXXXX | Unsecured Claim | $4,034.00 |
| 19.  CHASE CARD SERVICES<br>PO BOX 15298<br>WILMINGTON DE 19850<br>xx-xxxxxxx xxxxxMENT | Unsecured Claim | $26,450.00 |
| 20.  CHASE CARD SERVICES<br>PO BOX 15298<br>WILMINGTON DE 19850<br>xxxx-xxxx-xxxx-6102 | Unsecured Claim | $13,940.00 |
| 21.  CHASE CARD SERVICES<br>PO BOX 15298<br>WILMINGTON DE 19850<br>xxxx-xxxx-xxxx-8287 | Unsecured Claim | $9,384.00 |
| 22.  CHASE CARD SERVICES<br>PO BOX 15298<br>WILMINGTON DE 19850<br>xxxx-xxxx-xxxx-3414 | Unsecured Claim | $2,421.00 |
| 23.  CHILDRNS PL/CBSD<br>PO BOX 6497<br>SIOUX FALLS SD 57117<br>xxxxxxxxxxx1282 | Unsecured Claim | $751.00 |
| 24.  CITI BANK SD NA<br>PO BOX 6241<br>SIOUX FALLS, SD 57117<br>xxxxxxxxxxxxXXXX | Unsecured Claim | $26,022.00 |

in re:  **EDWARD J GREMO, JR**

_____          _____
                    Debtor                                         Case No. (if known)

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 25.  Citi financial retails<br>PO Box 22066<br>Tempe, AZ 85285<br>xxxxxxxxxxxx5632 | Unsecured Claim | |
| 26.  Client Services, Inc.<br>3451 Harry Truman Blvd<br>St Charles, MO 63301-4047<br>xxxxx1874 | Unsecured Claim | $22,504.00 |
| 27.  Client Services, Inc.<br>3451 Harry Truman Blvd<br>St Charles, MO 63301-4047<br>xxxxxxxxxxx1719 | Unsecured Claim | $7,898.00 |
| 28.  Commerce Bankl Card Center<br>3930 S. 147th Street, Suite 200<br>Omaha NE 68144.5566<br>xxxx-xxxx-xxxx-1319 | Unsecured Claim | $23,067.00 |
| 29.  CREDITORS FINANCIAL GROUP<br>3131 S. VAUGHN WAY<br>SUITE 110<br>AURORA, CO 80014<br>xxxx-xxxx-xxxx-0972 | Unsecured Claim | $2,866.00 |
| 30.  Discover Card<br>12 Reads Way<br>New Castle, DE 19720-1649<br>xxxx-xxxx-xxxx-0358 | Unsecured Claim | $9,667.00 |
| 31.  Discover Card<br>12 Reads Way<br>New Castle, DE 19720-1649<br>xxxxxxxxxxxxXXXX | Unsecured Claim | $14,126.00 |
| 32.  Discover Card<br>12 Reads Way<br>New Castle, DE 19720-1649<br>xxxxxxxxxxxxXXXX | Unsecured Claim | $7,897.00 |
| 33.  ENCORE RECEIVABLE MANAGEMENT INC<br>PO BOX 1880<br>SOUTHGATE MI, 48195<br>xxxx2742 | Unsecured Claim | $14,127.00 |

in re:   **EDWARD J GREMO, JR**

| Debtor | | Case No. (if known) |
|---|---|---|

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 34.  Enhanced Recovery Corp<br>8014 Bayberry Road<br>Jacksonville FL 32256<br>xxxx5587 | Unsecured Claim | $2,866.00 |
| 35.  Fifth Third Bank<br>Fifth Third Center<br>Cincinnati OH 45202<br>xxxxx6670 | Unsecured Claim | $13,124.00 |
| 36.  FINRA<br>1735 K STREET<br>WASHINGTON, DC 20006<br>xxxxx xxxxxxxENTS | Unsecured Claim | $1,600.00 |
| 37.  FIRST SOURCE ADVANTAGE INC<br>PO BOX 628<br>BUFFALO, NY 14240<br>xxxx5737 | Unsecured Claim | $1,575.00 |
| 38.  FSB Card Service<br>PO Box 9487<br>Minneapolis, MN 55440-9487<br>xxxxxxxxxxxxXXXX | Unsecured Claim | $13,841.00 |
| 39.  GC SERVICES LIMITED PARTNERSHIP<br>PO BOX 26998<br>SAN DIEGO, CA 92196<br>xxxx-xxxx-xxxx-5562 | Unsecured Claim | $22,504.00 |
| 40.  GEMB/JC PENNY<br>PO BOX 981402<br>EL PASO TX 79981<br>xxxxxxxxxxxxXXXX | Unsecured Claim | $2,437.00 |
| 41.  Harris BANK NA<br>600 W Jackson, Ste 700<br>Chicago IL 60661<br>xxxxx3136 | Unsecured Claim | $80,945.00 |
| 42.  HOUSE HOLD BANK/ MENARDS<br>90 CHRISTIANA  ROAD<br>NEW CASTLE, DE 19720<br>xxxxxxxx0623 | Unsecured Claim | $4,034.00 |

in re:   **EDWARD J GREMO, JR**

_____

Debtor

_____

Case No. (if known)

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 43.  HOUSEHOLD CREDIT SERVICES<br>90 CHRISTIANA ROAD<br>NEW CASTLE, DE 19720<br>xxxxxxxxxxxxXXXX | Unsecured Claim | $4,034.00 |
| 44.  HSBC CARD SERVICES<br>PO BOX 17332<br>BALTIMORE MD 21297<br>xxxx-xxxx-xxxx-7732 | Unsecured Claim | |
| 45.  Integrity Financial Partners, Inc.<br>4370 W. 109th Street, Suite 100<br>Overland Park KS 66211<br>xxxx-xxxx-xxxx-0358 | Unsecured Claim | $9,668.00 |
| 46.  J.C. CHRISTENSEN & ASSOCIATES, INC<br>PO BOX 519<br>SAUK RAPIDS, MN 56379<br>xxxx4024 | Unsecured Claim | $2,253.83 |
| 47.  J.C. CHRISTENSEN & ASSOCIATES, INC<br>PO BOX 519<br>SAUK RAPIDS, MN 56379<br>xxxx4026 | Unsecured Claim | $15,158.89 |
| 48.  J.C. CHRISTENSEN & ASSOCIATES, INC<br>PO BOX 519<br>SAUK RAPIDS, MN 56379<br>xxxx4027 | Unsecured Claim | $10,204.17 |
| 49.  J.C. CHRISTENSEN & ASSOCIATES, INC<br>PO BOX 519<br>SAUK RAPIDS, MN 56379<br>xxxx4028 | Unsecured Claim | $2,632.63 |
| 50.  JAMES A WEST PC<br>6380 ROGERDALE ROAD<br>SUITE 130<br>HOUSTON, TX 77072<br>7732 | Unsecured Claim | $4,789.00 |
| 51.  KANE COUNTY TREASURER<br>PROPERTY TAXES<br>PO BOX 4025<br>GENEVA, IL 60134<br>xxxxxx5012 | Secured Claim | |

in re:   **EDWARD J GREMO, JR**

_____          _____

Debtor                                                     Case No. (if known)

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 52.  LINEBARGER GOGGAN BLAIR & SEMPSON, LLP<br>PO BOX 06152<br>CHICAGO IL 60606<br>xxx0371 | Unsecured Claim | $122.00 |
| 53.  MCM<br>PO BOX 603<br>OAKS PA 19456<br>xxxxxx1596 | Unsecured Claim | $2,577.00 |
| 54.  MENARDS/RETAIL SERVICES<br>PO BOX 17602<br>BALTIMORE, MD 21297<br>xxxxxxxxxxxx0961 | Unsecured Claim | $2,971.00 |
| 55.  METRO PUBLIC ADJUSTMENT, INC<br>3551<br>BRISTOL PIKE<br>BENSALEM, PA 19020<br>xxxxxx0331 | Unsecured Claim | $2,800.00 |
| 56.  Midland Credit Management, Inc<br>8875 Arrow Drive Suite 200<br>San Diego CA 92123<br>xxxxxxXXXX | Unsecured Claim | $3,342.00 |
| 57.  NATIONWIDE CREDIT INC<br>PO BOX 740640<br>ATLANTA, GA 30374<br>xxxx-xxxxxx-x1001 | Unsecured Claim | $6,958.00 |
| 58.  NCC Business Services, Inc<br>3733 University Blvd W Suite 300<br>Jacksonville, FL 32217<br>xxx3273 | Unsecured Claim | $2,483.00 |
| 59.  NCO FINANCIAL SYSTEMS<br>PO BOX 15372<br>WILMINGTON, DE 19850<br>xxU868 | Unsecured Claim | $9,558.00 |
| 60.  Nicor Gas<br>POB 190<br>Aurora IL 60507.0190<br>xxxxxx7218 | Unsecured Claim | $450.00 |

in re:   **EDWARD J GREMO, JR**

Debtor

Case No. (if known)

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 61. NORDSTROM FSB<br>PO BOX 13589<br>SCOTTSDALE AZ 85267<br>xxxx-xxxx-xxxx-0972 | Unsecured Claim | $2,865.00 |
| 62. Pentagroup Financial, LLC<br>PO Box 742209<br>Houston, TX 77274-2209<br>xxxxxxxxxxxx5632 | Unsecured Claim | $2,288.00 |
| 63. Portfolio Recovery Associates LLC<br>POB 12914<br>Norfolk, VA 23541<br>xxxxxxxxxxxx7932 | Unsecured Claim | $4,960.00 |
| 64. Protocol Recovery Service, Inc.<br>509 Mercer Avenue<br>Panama City FL 32401<br>xxxx-xxxx-xxxx-1719 | Unsecured Claim | $7,898.00 |
| 65. Rush-Copley Medical Center<br>2000 Ogden Avenue<br>Aurora IL 60504<br>xxxx1108 | Unsecured Claim | $481.00 |
| 66. SEARS/CITIBANK SD NA<br>8725 WEST SAHARA AVE<br>THE LAKES, NV 89163<br>xxxxxxxxxxxx2483 | Unsecured Claim | $3,239.00 |
| 67. STATE COLLECTION SERVICE, INC<br>PO BOX 6250<br>MADISON WI 53716-0250<br>xxxxxx-xxH258 | Unsecured Claim | $348.00 |
| 68. Target National Bank<br>PO Box 673<br>Minneapolis, MN 55440-0673<br>xxxxxxxxxxxxXXXX | Unsecured Claim | $3,743.00 |
| 69. THE UNIVERSITY OF ILLINOIS AT CHICAGO<br>PHYSICIAN GROUP<br>3293 PAYSHERE CIRCLE<br>CHICAGO IL 60674<br>xx3633 | Unsecured Claim | $25.00 |

in re:   **EDWARD J GREMO, JR**

| | Debtor | | |
| --- | --- | --- | --- |
| | | | Case No. (if known) |
| Creditor name and mailing address | | Category of claim | Amount of claim |
| 70. | TRAVELERS<br>KNOXVILLE BUSINESS CENTER<br>PO BOX 59059<br>KNOXVILLE, TN 37950-9059<br>xxxxx1056 | Unsecured Claim | $344.00 |
| 71. | TRAVELERS<br>KNOXVILLE BUSINESS CENTER<br>PO BOX 59059<br>KNOXVILLE, TN 37950-9059<br>xxxxxx x xxxMO JR | Unsecured Claim | |
| 72. | UNITED RECOVERY SYSTEMS<br>5800 NORTH COURSE DRIVE<br>HOUSTON TX, 77072<br>xxxx-xxxx-xxxx-9979 | Unsecured Claim | $2,246.00 |
| 73. | UNKNOWN LENDER<br>UNKNOWN ADDRESS<br>xxxxx9005 | Secured Claim | $30,000.00 |
| 74. | US BANK<br>PO BOX 108<br>SAINT LOUIS MO 63166<br>xxxx-xxxx-xxxx-3479 | Unsecured Claim | $14,050.00 |
| 75. | VALENTINE & KEBARTAS INC<br>PO BOX 325<br>LAWRENCE, MA 01842<br>xxxxxxxxxx3414 | Unsecured Claim | $2,421.00 |
| 76. | VALLEY IMAGING CONSULTANTS<br>6910 S MADISON STREET<br>WILLOWBROOK IL 60527<br>xx9615 | Unsecured Claim | $66.00 |
| 77. | VALLY DENTAL CARE<br>1940 WEST GALENA BLVD<br>SUITE 8<br>AURORA IL 60506<br>xx0062 | Unsecured Claim | $273.00 |
| 78. | VERIZON WIRELESS<br>PO BOX 25505<br>LEHIGH VALLEY, PA 18002<br>xxxxxxxxx0001 | Unsecured Claim | $113.00 |

in re:   **EDWARD J GREMO, JR**

_____          _____
                              Debtor                                                      Case No. (if known)

(The penalty for making a false statement or concealing property is a fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. secs. 152 and 3571.)

## DECLARATION

I,  **EDWARD J GREMO, JR**_____ ,

named as debtor in this case, declare under penalty of perjury that I have read the foregoing   *Numbered Listing of Creditors,*

consisting of ___10___ sheets (including this declaration), and that it is true and correct to the best of my information and belief.

the best of my information and belief.

Debtor: _____   Date: 10/15/2013
         **EDWARD J GREMO, JR**

Spouse: _____   Date: 10/15/2013
         **SUSAN M GREMO**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION (CHICAGO)

IN RE:   **EDWARD J GREMO, JR**
         **SUSAN M GREMO**

CASE NO.

CHAPTER   **7**

## Certificate of Service

---

02645-ILN-CC-016078526

| | | |
|---|---|---|
| ACADEMY COLLECTION SERVICES INC<br>xxxx-xxxx-xxxx-2483<br>10965 DECATUR ROAD<br>PHILADEIPHIA, PA 19154 | Cach LLC<br>xxxx0150<br>370 17th Street, Suite 5000<br>Denver CO 80202.3050 | Capital One Bank (USA), N.A.<br>xxxx-xxxx-xxxx-0834<br>PO Box 6492<br>Carol Stream IL 60197-6492 |
| Advocate Lutheran General Hospital<br>xxxxx7889<br>1775 W Dempster<br>Park Ridge, IL 60068 | Capital Management Services, LP<br>xxxx-xxxx-xxxx-1719<br>726 Exchange Street, suite 700<br>Buffalo, NY 14210 | Capital One Bank (USA), N.A.<br>xxxx-xxxx-xxxx-4259<br>PO Box 6492<br>Carol Stream IL 60197-6492 |
| ALLIANCE ONE RECEIVABLES MANAGEMENT INC<br>xxxx4497<br>PO BOX 3100<br>SOUTHEASTERN, PA 19398 | Capital Management Services, LP<br>xxxxx6434<br>698 1/2 South Ogden St<br>Buffalo, NY 14206.2317 | CARECREDIT/GECRB<br>xxxxxxxxxxxx4345<br>PO BOX 960061<br>ORLANDO, FL 32896-0061 |
| ALLIED INTERSTATE LLC<br>xxxxxxxxxxxx4345<br>GE CAPITAL RETAIL BANK<br>PO BOX 960061<br>ORLANDO, FL 32896-0061 | CAPITAL ONE<br>xxxxx9005<br>PO BOX 21887<br>EAGAN, MN 55121-0887 | CHASE CARD SERVICES<br>xxxxxxxxxxxxXXXX<br>PO BOX 15298<br>WILMINGTON DE 19850 |
| American Express<br>xxxxx1001<br>PO Box 981537<br>El Paso, TX 79998-1537 | Capital One Bank (USA), N.A.<br>xxxx-xxxx-xxxx-1714<br>PO Box 6492<br>Carol Stream IL 60197-6492 | CHASE CARD SERVICES<br>xx-xxxxxxx xxxxxMENT<br>PO BOX 15298<br>WILMINGTON DE 19850 |
| ARM Accounts Receivable Management, Inc<br>xxxx6255<br>PO Box 129<br>Thorofare, NJ 08086-0129 | Capital One Bank (USA), N.A.<br>xxxx-xxxx-xxxx-4469<br>PO Box 6492<br>Carol Stream IL 60197-6492 | CHASE CARD SERVICES<br>xxxx-xxxx-xxxx-6102<br>PO BOX 15298<br>WILMINGTON DE 19850 |
| BARCLAYS BANK DELAWARE<br>xxxxxxxxxxx7XXX<br>125 S WEST STREET<br>WILMINGTON DE 19801 | Capital One Bank (USA), N.A.<br>xxxx-xxxx-xxxx-7943<br>PO Box 6492<br>Carol Stream IL 60197-6492 | CHASE CARD SERVICES<br>xxxx-xxxx-xxxx-8287<br>PO BOX 15298<br>WILMINGTON DE 19850 |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)

IN RE:   **EDWARD J GREMO, JR**
         **SUSAN M GREMO**

CASE NO.

CHAPTER   **7**

**Certificate of Service**

(Continuation Sheet #1)

---

| | | |
|---|---|---|
| CHASE CARD SERVICES<br>xxxx-xxxx-xxxx-3414<br>PO BOX 15298<br>WILMINGTON DE 19850 | CREDITORS FINANCIAL GROUP<br>xxxx-xxxx-xxxx-0972<br>3131 S. VAUGHN WAY<br>SUITE 110<br>AURORA, CO 80014 | FINRA<br>xxxxx xxxxxxENTS<br>1735 K STREET<br>WASHINGTON, DC 20006 |
| CHILDRNS PL/CBSD<br>xxxxxxxxxxx1282<br>PO BOX 6497<br>SIOUX FALLS SD 57117 | Discover Card<br>xxxx-xxxx-xxxx-0358<br>12 Reads Way<br>New Castle, DE 19720-1649 | FIRST SOURCE ADVANTAGE INC<br>xxxx5737<br>PO BOX 628<br>BUFFALO, NY 14240 |
| CITI BANK SD NA<br>xxxxxxxxxxxXXXX<br>PO BOX 6241<br>SIOUX FALLS, SD 57117 | Discover Card<br>xxxxxxxxxxxXXXX<br>12 Reads Way<br>New Castle, DE 19720-1649 | FSB Card Service<br>xxxxxxxxxxxXXXX<br>PO Box 9487<br>Minneapolis, MN 55440-9487 |
| Citi financial retails<br>xxxxxxxxxxxx5632<br>PO Box 22066<br>Tempe, AZ 85285 | EDWARD J GREMO, JR<br>2724 PLANTE ROAD<br>NORTH AURORA, IL 60542 | GC SERVICES LIMITED<br>PARTNERSHIP<br>xxxx-xxxx-xxxx-5562<br>PO BOX 26998<br>SAN DIEGO, CA 92196 |
| Client Services, Inc.<br>xxxxx1874<br>3451 Harry Truman Blvd<br>St Charles, MO 63301-4047 | ENCORE RECEIVABLE<br>MANAGEMENT INC<br>xxxx2742<br>PO BOX 1880<br>SOUTHGATE MI, 48195 | GEMB/JC PENNY<br>xxxxxxxxxxxXXXX<br>PO BOX 981402<br>EL PASO TX 79981 |
| Client Services, Inc.<br>xxxxxxxxxx1719<br>3451 Harry Truman Blvd<br>St Charles, MO 63301-4047 | Enhanced Recovery Corp<br>xxxx5587<br>8014 Bayberry Road<br>Jacksonville FL 32256 | Harris BANK NA<br>xxxxxx3136<br>600 W Jackson, Ste 700<br>Chicago IL 60661 |
| Commerce Bankl Card Center<br>xxxx-xxxx-xxxx-1319<br>3930 S. 147th Street, Suite 200<br>Omaha NE 68144.5566 | Fifth Third Bank<br>xxxxx6670<br>Fifth Third Center<br>Cincinnati OH 45202 | HOUSE HOLD BANK/ MENARDS<br>xxxxxxxx0623<br>90 CHRISTIANA  ROAD<br>NEW CASTLE, DE 19720 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

IN RE:  **EDWARD J GREMO, JR**
**SUSAN M GREMO**

CASE NO.

CHAPTER   **7**

### Certificate of Service

(Continuation Sheet #2)

| | | |
|---|---|---|
| HOUSEHOLD CREDIT SERVICES<br>xxxxxxxxxxxXXXX<br>90 CHRISTIANA ROAD<br>NEW CASTLE, DE 19720 | JAMES A WEST PC<br>7732<br>6380 ROGERDALE ROAD<br>SUITE 130<br>HOUSTON, TX 77072 | NATIONWIDE CREDIT INC<br>xxxx-xxxxxx-x1001<br>PO BOX 740640<br>ATLANTA, GA 30374 |
| HSBC CARD SERVICES<br>xxxx-xxxx-xxxx-7732<br>PO BOX 17332<br>BALTIMORE MD 21297 | KANE COUNTY TREASURER<br>xxxxxx5012<br>PROPERTY TAXES<br>PO BOX 4025<br>GENEVA, IL 60134 | NCC Business Services, Inc<br>xxx3273<br>3733 University Blvd W Suite 300<br>Jacksonville, FL 32217 |
| Integrity Financial Partners, Inc.<br>xxxx-xxxx-xxxx-0358<br>4370 W. 109th Street, Suite 100<br>Overland Park KS 66211 | LINEBARGER GOGGAN BLAIR &<br>SEMPSON, LLP<br>xxx0371<br>PO BOX 06152<br>CHICAGO IL 60606 | NCO FINANCIAL SYSTEMS<br>xxU868<br>PO BOX 15372<br>WILMINGTON, DE 19850 |
| J.C. CHRISTENSEN & ASSOCIATES,<br>INC<br>xxxx4024<br>PO BOX 519<br>SAUK RAPIDS, MN 56379 | MCM<br>xxxxxx1596<br>PO BOX 603<br>OAKS PA 19456 | Nicor Gas<br>xxxxxx7218<br>POB 190<br>Aurora IL 60507.0190 |
| J.C. CHRISTENSEN & ASSOCIATES,<br>INC<br>xxxx4026<br>PO BOX 519<br>SAUK RAPIDS, MN 56379 | MENARDS/RETAIL SERVICES<br>xxxxxxxxxxx0961<br>PO BOX 17602<br>BALTIMORE, MD 21297 | NORDSTROM FSB<br>xxxx-xxxx-xxxx-0972<br>PO BOX 13589<br>SCOTTSDALE AZ 85267 |
| J.C. CHRISTENSEN & ASSOCIATES,<br>INC<br>xxxx4027<br>PO BOX 519<br>SAUK RAPIDS, MN 56379 | METRO PUBLIC ADJUSTMENT, INC<br>xxxxxx0331<br>3551<br>BRISTOL PIKE<br>BENSALEM, PA 19020 | Pentagroup Financial, LLC<br>xxxxxxxxxxx5632<br>PO Box 742209<br>Houston, TX 77274-2209 |
| J.C. CHRISTENSEN & ASSOCIATES,<br>INC<br>xxxx4028<br>PO BOX 519<br>SAUK RAPIDS, MN 56379 | Midland Credit Management, Inc<br>xxxxxxXXXX<br>8875 Arrow Drive Suite 200<br>San Diego CA 92123 | Portfolio Recovery Associates LLC<br>xxxxxxxxxxx7932<br>POB 12914<br>Norfolk, VA 23541 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

IN RE:   **EDWARD J GREMO, JR**
         **SUSAN M GREMO**

CASE NO.

CHAPTER   **7**

### Certificate of Service

(Continuation Sheet #3)

---

Protocol Recovery Service, Inc.
xxxx-xxxx-xxxx-1719
509 Mercer Avenue
Panama City FL 32401

TRAVELERS
xxxxxx x xxxMO JR
KNOXVILLE BUSINESS CENTER
PO BOX 59059
KNOXVILLE, TN 37950-9059

VERIZON WIRELESS
xxxxxxxxx0001
PO BOX 25505
LEHIGH VALLEY, PA 18002

Rush-Copley Medical Center
xxxx1108
2000 Ogden Avenue
Aurora IL 60504

UNITED RECOVERY SYSTEMS
xxxx-xxxx-xxxx-9979
5800 NORTH COURSE DRIVE
HOUSTON TX, 77072

SEARS/CITIBANK SD NA
xxxxxxxxxxxx2483
8725 WEST SAHARA AVE
THE LAKES, NV 89163

UNKNOWN LENDER
xxxxx9005
UNKNOWN ADDRESS

STATE COLLECTION SERVICE, INC
xxxxxx-xxH258
PO BOX 6250
MADISON WI 53716-0250

US BANK
xxxx-xxxx-xxxx-3479
PO BOX 108
SAINT LOUIS MO 63166

Target National Bank
xxxxxxxxxxxxXXXX
PO Box 673
Minneapolis, MN 55440-0673

VALENTINE & KEBARTAS INC
xxxxxxxxxxx3414
PO BOX 325
LAWRENCE, MA 01842

THE UNIVERSITY OF ILLINOIS AT
CHICAGO
xx3633
PHYSICIAN GROUP
3293 PAYSHERE CIRCLE
CHICAGO IL 60674

VALLEY IMAGING CONSULTANTS
xx9615
6910 S MADISON STREET
WILLOWBROOK IL 60527

TRAVELERS
xxxxx1056
KNOXVILLE BUSINESS CENTER
PO BOX 59059
KNOXVILLE, TN 37950-9059

VALLY DENTAL CARE
xx0062
1940 WEST GALENA BLVD
SUITE 8
AURORA IL 60506